(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Billings, Frederick** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-9065** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**400 N. McClurg<br>2003<br>Chicago, IL 60611** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                                    FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Billings, Frederick** |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Frederick Billings**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*April 13, 2005*
Date

X _____
Signature of Attorney for Debtor(s)
**William I. Kohn 6224094**
Printed Name of Attorney for Debtor(s)
**Schiff Hardin LLP**
Firm Name
**6600 Sears Tower**
**Chicago, IL 60606**
Address
**312-258-550  Fax: 312-258-5600**
Telephone Number
*April 13, 2005*
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date
**William I. Kohn**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Frederick Billings**

Debtor

Case No. _____

Chapter _____ 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 120,000.00 | | |
| B - Personal Property | Yes | 4 | 27,720.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 137,658.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 83,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 1,495,827.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,650.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,975.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 147,720.00 | | |
| Total Liabilities | | | | 1,716,485.58 | |

In re     **Frederick Billings**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9608 S. Union**<br>**Chicago, IL 60628** | **Owns 100%** | - | **120,000.00** | **112,000.00** |

|  | Sub-Total > | **120,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **120,000.00** |  |

<u>   0   </u>  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

In re   **Frederick Billings**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank**<br>**500 West Madison**<br>**Chicago, IL 60661** | - | 60.00 |
| | | | **Fifth Third Bank**<br>**1 N. Wacker Drive**<br>**Chicago, IL 60606** | - | 40.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Commonwealth Edison-Account 6315230030** | - | 100.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Couch** | - | 50.00 |
| | | | **Loveseat** | - | 25.00 |
| | | | **Two Televisions** | - | 100.00 |
| | | | **DVD Player** | - | 50.00 |
| | | | **Coffee Table** | - | 25.00 |
| | | | **Dining Table and chairs** | - | 150.00 |
| | | | **Facsimile Machine** | - | 25.00 |
| | | | **Stereo System** | - | 50.00 |
| | | | **Bed** | - | 25.00 |
| | | | **End Table** | - | 10.00 |
| | | | **End Table** | - | 10.00 |

Sub-Total >                    720.00
(Total of this page)

___**3**___ continuation sheets attached to the Schedule of Personal Property

Best Case Bankruptcy

In re   **Frederick Billings**                    ,     Case No. _____

                                           Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Frederick Billings**                                              ,         Case No. _____
                                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Nissan Maxima | - | 27,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

Sub-Total >    **27,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Frederick Billings** , Case No. _____
                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |

|  | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 27,720.00 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

In re    **Frederick Billings**                                    Case No. _____

_____
                           Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| <u>Other Exemptions</u><br>Nissan Maxima | 735 ILCS 5/12-1001(c) | 1,200.00 | Unknown |
| 9608 S. Union<br>Chicago, IL 60628 | 735 ILCS 5/12-901 | 7,500.00 | 140,000.00 |
| All Household personal property | 735 ILCS 5/12-1001(b) | 2,000.00 | Unknown |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re   **Frederick Billings** _____,   Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **102440921490001** <br><br> **Nissan Motor** <br> **PO Box 660366** <br> **Dallas, TX 75266** | | - | **Nissan Maxima** <br><br><br> Value $        27,000.00 | | | | 25,658.00 | 0.00 |
| Account No. **9210400044998001** <br><br> **TCF National Bank** <br> **405 N. Roberts** <br> **Saint Paul, MN 55101** | | - | **9608 S. Union** <br> **Chicago, IL 60628** <br> **(Eviction proceedings against tenant)** <br><br> Value $       120,000.00 | | | | 112,000.00 | 0.00 |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

|  |  |  |
|---|---|---|
| | Subtotal <br> (Total of this page) | 137,658.00 |
| 0   continuation sheets attached | Total <br> (Report on Summary of Schedules) | 137,658.00 |

Form B6E
(04/04)

In re    **Frederick Billings**                                                    ,          Case No. _____
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Form B6E - Cont.
(04/04)

In re   **Frederick Billings** _____,   Case No. _____
                                              Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 321707198<br><br>**Internal Revenue Service** | - | | **Payroll Taxes for Cook County Tax Resources, Inc.** | | | | 83,000.00 | 83,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 83,000.00 | |
| Total<br>(Report on Summary of Schedules) | 83,000.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F
(12/03)

In re   **Frederick Billings**                                                   Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2004 Contract Dispute Lawsuit 04 L 002451 | | | | |
| 9 North Wabash Currency C/O Campanale and Associates 19 S. LaSalle Street/Suite 1500 Chicago, IL 60603 | - | | | | | X | X | | 93,000.00 |
| Account No. | | | | | 2004 Temporary Labor | | | | |
| Account Temps 12400 Collections Center Drive Chicago, IL 60693 | X - | | | | | | | | 5,376.38 |
| Account No. | | | | | Contract Dispute | | | | |
| Adrienna Bell 7438 S. Maryland-Leins Chicago, IL 60619 | X - | | | | | | | X | 14,976.00 |
| Account No. | | | | | 12/27/2004 Counter Claim against Cook County Tax Resources 2004 m1 731821 | | | | |
| Andrew Rimmer 4946 W. Ohio Chicago, IL 60644 | X - | | | | | X | X | X | Unknown |
| __10__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 113,352.38 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                       S/N:27028-050324   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re　**Frederick Billings**　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Anita Moore c/o Theresa McCoy<br>188 Randolph Street<br>Suite 926<br>Chicago, IL 60601 | X | - | 2005<br>Contract Dispute<br>Moore v. Billings, et al<br>05 ch 02582 | X | X | X | 45,000.00 |
| Account No. <br><br> BB & A Accounting<br>PO Box 845<br>Bolingbrook, IL 60440 | X | - | 2004<br>Accounting Work | | | | 460.00 |
| Account No. <br><br> Benegas Drywall<br>3741 N. Christina Avenue<br>Chicago, IL 60618 | X | - | 2004<br>Labor | | | | 13,068.00 |
| Account No. <br><br> Black Diamond Concrete<br>19908 S. Pine Hill Rd<br>Frankfort, IL 60423 | X | - | 2004<br>Labor Services | X | X | X | 7,150.00 |
| Account No. 4106-0824-3430-8501 <br><br> Capital One<br>PO Box 85617<br>Richmond, VA 23285 | | - | 2005<br>Credit Card | | | | 527.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 66,205.00 |

Form B6F - Cont.
(12/03)

In re    **Frederick Billings**                                                                    Case No. _____

_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Carl Sadler<br>c/o Jeffrey W Deer Law Office<br>130 S Jefferson/Suite 501<br>Chicago, IL 60661 | X | - | | | 2002<br>Breach of Warranty lawsuit<br>02 L 15868 | X | X | X | 50,000.00 |
| Account No. 5369-9405-4900-0967<br><br>Chase<br>PO Box 15918<br>Wilmington, DE 19850 | | - | | | 2005<br>credit card | | | | 9,600.00 |
| Account No.<br><br>Chicago Suntimes<br>401 N. Wabash<br>Chicago, IL 60611 | X | - | | | 2005<br>Services | | | | 1,858.00 |
| Account No.<br><br>Chicagoland Dumpsters<br>3206 Highland Avenue<br>Berwyn, IL 60402 | X | - | | | 2004<br>Judgment<br>Case 04 M1 | | | | 28,720.00 |
| Account No.<br><br>Christine Gaddo<br>2706 W. Nelson<br>Chicago, IL 60618 | X | - | | | Joint Action<br>04 m1 706383 | X | X | X | Unknown |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    90,178.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Frederick Billings**,                                          Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2003 2003 Dodge Ram | | | | |
| Chrysler Financial Group P.O. Box 2993 Milwaukee, WI 53201 | X | - | | | | | | 38,000.00 |
| Account No. | | | | 2004 Credit Card | | | | |
| Citibank 100 Citibank Drive PO Box 769004 San Antonio, TX 78245 | X | - | | | | | | 572.34 |
| Account No. | | | | 2004 Contract Dispute Lawsuit 04 M1 1040962 | X | X | X | |
| D. Villegas 4639 W. McLean Chicago, IL 60639 | X | - | | | | | | 720.00 |
| Account No. | | | | 2004 Legal Services | | | | |
| Dan Starr 35 E. Wacker Drive Suite 1870 Chicago, IL 60601 | X | - | | | | | | 9,500.00 |
| Account No. | | | | 2004 Legal Services | X | X | X | |
| Daniel Lowenstein 130 S. Jefferson Suite 500 Chicago, IL 60661 | | - | | | | | | 3,461.38 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          52,253.72

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Frederick Billings                                            ,                  Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | 2005 Counterclaim 05 CH 01765 04 m1 727788 | | | | |
| Dorothy Johnson c/o Brandwein, Cohen, & Grossman 233 N. Michigan, Suite 1720 Chicago, IL 60601 | X | - | | | | X | X | X | Unknown |
| **Account No.** | | | | | 2004 Legal Services 04 m1 166688 | | | | |
| Evans, Lowenstein, Shimanovshy & Moscardini, LTD. 130 S. Jefferson, Suite 500 Chicago, IL 60661 | | | | | | X | X | X | 3,461.38 |
| **Account No.** | | | | | 2004 Mortgage Foreclosure Case 04 CH 18654 | | | | |
| First American Bank c/o Sean C. Harrison 222 N. LaSalle Street, Suite 200 Chicago, IL 60601 | X | - | | | | X | X | X | Unknown |
| **Account No.** | | | | | 2004 Mortgage Foreclosure 04-ch-17948 | | | | |
| First American Bank c/o Sean C. Harrison 222 N. LaSalle #200 Chicago, IL 60601 | X | - | | | | X | X | X | Unknown |
| **Account No.** | | | | | 2004 Judgment-First American Bank v. Cook County Tax Resource, Inc. and Frederick Billings 04 M1 625948 | | | | |
| First American Bank c/o Martin Tasch 1200 Jorie Boulevard #329 Oak Brook, IL 60523 | X | - | | | | X | X | X | 51,060.17 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 54,521.55 |
|---|---|

Form B6F - Cont.
(12/03)

In re    **Frederick Billings**                                                                          ,          Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>First American Bank c/o Sean C. Harrison-222 N. LaSalle Street Suite 200 Chicago, IL 60601 | X | - | | | 2004<br>Mortgage Foreclosure<br>04-CH 17656 | X | X | X | Unknown |
| Account No. 5453-1520-0292-8869<br><br>First National Bank of Omaha PO Box 923148 Norcross, GA 30010 | | - | | | 2004<br>Credit Card | | | | 950.00 |
| Account No.<br><br>Ford Credit PO Box 64400 Colorado Springs, CO 80962 | X | - | | | Ford E250 Truck | | | | 25,000.00 |
| Account No.<br><br>Gabriel Kroll 3660 N. Lake Shore Drive Apt 709 Chicago, IL 60613 | X | - | | | Investment | X | X | X | 500,000.00 |
| Account No.<br><br>Home Depot PO Box 6029 The Lakes, NV 88901 | X | - | | | 2004<br>Labor Materials | | | | 5,783.41 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       531,733.41

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re   **Frederick Billings** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Horshoe Empress Casino 2300 Empress Drive Joliet, IL 60436 | - | | 2001 Gambling debt | | X | X | 9,000.00 |
| Account No. Jack and Joel Reifer 3436 W. Glenlake Avenue Chicago, IL 60659 | X | - | 2004 Collection Action 04 L 4626 | | X | X | 60,000.00 |
| Account No. Jagas Edyta/Attorney Robert Kezelis 6151 W. 125th Place Suite B Palos Heights, IL 60463 | X | - | Personal loan | | | X | 75,000.00 |
| Account No. John Overton 829 N. Lawler Chicago, IL 60651 | X | - | Eviction claim | | X | X | Unknown |
| Account No. Keith Whynott | X | - | 2005 05 CH 03849 05 M! 703523 | X | X | X | Unknown |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    144,000.00

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Frederick Billings**                                              Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Marshall Mauer and Maurice Aaron<br>c/o Sidney Berger, Three First<br>National Plaza, #3700<br>Chicago, IL 60602 | X | - | 2004<br>Contract Dispute Lawsuit<br>04 L 012079 | X | X | X | 60,596.00 |
| Account No.<br>MGM Grand<br>3799 Las Vegas Boulevard<br>Las Vegas, NV 89109 | | | 2004<br>Gambling Debt<br>04 m1 603005 | | X | X | 229,053.26 |
| Account No.<br>Optimum Fund<br>c/o McMorris Law Offices<br>1821 Walden/Office 400<br>Schaumburg, IL 60173 | X | - | Mortgage foreclosure<br>04 CH 07697 | X | X | X | Unknown |
| Account No.<br>Park Supply<br>4433 S. Springfield<br>Chicago, IL 60632 | X | - | 2004<br>Labor supplies | | | | 4,003.29 |
| Account No.<br>Patrick Sons Inc.c/o Leon<br>Zelechowski/111 W. Washington<br>Suite 1437<br>Chicago, IL 60602 | X | - | 2004<br>Contract Dispute<br>04 m1 116188 | X | X | X | 7,493.92 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    301,146.47

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Frederick Billings**
_____ ,
Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>PB Heating<br>1009 W. North Avenue<br>Villa Park, IL 60181 | X | - | | 2003<br>Labor Needs | | X | X | 8,000.00 |
| Account No.<br><br>People's Gas<br>People's Energy<br>Lincolnwood, IL 60712 | X | - | | 2004<br>Utilities | | | | 13,440.54 |
| Account No.<br><br>Phil's Plumbing<br>4600 W. 48th<br>Chicago, IL 60632 | X | - | | 2004<br>Counterclaim<br>04 CH 17656 | X | X | X | 30,132.00 |
| Account No.<br><br>Robbins Currency<br>13912 S. Claire Boulevard<br>Robbins, IL 60472 | X | - | | 2004<br>Contract Dispute Lawsuit<br>04 56 002110 | X | X | X | 4,500.00 |
| Account No.<br><br>Roof Right<br>14005 S. Cleveland<br>Posen, IL 60469 | X | - | | Maintenance | | | | 2,000.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,072.54

Form B6F - Cont.
(12/03)

In re   **Frederick Billings**
_____,
                          Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>Rubenstein Lumber<br>5357 W. Grand Avenue<br>Chicago, IL 60639 | X | - | | | 2004<br>Labor materials | | | | 42,813.96 |
| Account No.<br><br>Shore Bank<br>7054 S. Jeffrey Boulevard<br>Chicago, IL 60649 | X | - | | | 2005<br>Judgment in<br>Lawsuit 03 M1 135667 | | | | 27,596.03 |
| Account No.<br><br>Smitty's Tree Service<br>11941 S. Cicero<br>Alsip, IL 60803 | X | - | | | 2004<br>Maintenance | | | | 8,054.96 |
| Account No.<br><br>South Suburban Hospital<br>17800 S. Kedzie Avenue<br>Hazel Crest, IL 60429 | | - | | | 2003<br>Personal Medical | | | | 435.00 |
| Account No.<br><br>Sprint<br>PO Box 8077<br>London, KY 40742 | X | - | | | 2004<br>Telephone Services | | | | 624.56 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         79,524.51

Form B6F - Cont.
(12/03)

In re __Frederick Billings_____,     Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Chancery Action 03 CH 13042 | | | | |
| Tasha McLeod c/o Michael P. Cohen 435 W. Erie, Suite 802 Chicago, IL 60610 | X | - | | | | X | X | X | Unknown |
| Account No. | | | | | 2004 Counter claim 04 m1 731823 | | | | |
| Veronica Charles 2249 S. Hamlin Chicago, IL 60623 | X | - | | | | X | X | X | 3,000.00 |
| Account No. | | | | | Maintenance | | | | |
| W A Bakarat Heating 9112 S. 53rd Cr Oak Lawn, IL 60453 | X | - | | | | | | | 1,840.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 4,840.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,495,827.58 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Frederick Billings**                                    Case No._____
                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Frederick Billings**                                    Case No. _____

_____
                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Billings Development, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Jack and Joel Reifer<br>3436 W. Glenlake Avenue<br>Chicago, IL 60659 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Benegas Drywall<br>3741 N. Christina Avenue<br>Chicago, IL 60618 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Black Diamond Concrete<br>19908 S. Pine Hill Rd<br>Frankfort, IL 60423 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Chicago Suntimes<br>401 N. Wabash<br>Chicago, IL 60611 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Chicagoland Dumpsters<br>3206 Highland Avenue<br>Berwyn, IL 60402 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Citibank<br>100 Citibank Drive<br>PO Box 769004<br>San Antonio, TX 78245 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | First American Bank<br>c/o Sean C. Harrison<br>222 N. LaSalle Street, Suite 200<br>Chicago, IL 60601 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Gabriel Kroll<br>3660 N. Lake Shore Drive<br>Apt 709<br>Chicago, IL 60613 |

  **5**   continuation sheets attached to Schedule of Codebtors

In re    **Frederick Billings**                                                    Case No. _____
_____
                              Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Home Depot<br>PO Box 6029<br>The Lakes, NV 88901 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Park Supply<br>4433 S. Springfield<br>Chicago, IL 60632 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | PB Heating<br>1009 W. North Avenue<br>Villa Park, IL 60181 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | People's Gas<br>People's Energy<br>Lincolnwood, IL 60712 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Phil's Plumbing<br>4600 W. 48th<br>Chicago, IL 60632 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Roof Right<br>14005 S. Cleveland<br>Posen, IL 60469 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Rubenstein Lumber<br>5357 W. Grand Avenue<br>Chicago, IL 60639 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Smitty's Tree Service<br>11941 S. Cicero<br>Alsip, IL 60803 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | W A Bakarat Heating<br>9112 S. 53rd Cr<br>Oak Lawn, IL 60453 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | First American Bank c/o Sean C.<br>Harrison-222 N. LaSalle Street<br>Suite 200<br>Chicago, IL 60601 |

Sheet ___1___ of ___5___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Frederick Billings**                                    ,        Case No. _____
                                            Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | First American Bank<br>c/o Sean C. Harrison<br>222 N. LaSalle #200<br>Chicago, IL 60601 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Adrienna Bell<br>7438 S. Maryland-Leins<br>Chicago, IL 60619 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Ford Credit<br>PO Box 64400<br>Colorado Springs, CO 80962 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Chrysler Financial Group<br>P.O. Box 2993<br>Milwaukee, WI 53201 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Shore Bank<br>7054 S. Jeffrey Boulevard<br>Chicago, IL 60649 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Tasha McLeod<br>c/o Michael P. Cohen<br>435 W. Erie, Suite 802<br>Chicago, IL 60610 |
| Billings Builders<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Patrick Sons Inc.c/o Leon<br>Zelechowski/111 W. Washington<br>Suite 1437<br>Chicago, IL 60602 |
| Billings Development, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Anita Moore c/o Theresa McCoy<br>188 Randolph Street<br>Suite 926<br>Chicago, IL 60601 |
| Billings Development, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Carl Sadler<br>c/o Jeffrey W Deer Law Office<br>130 S Jefferson/Suite 501<br>Chicago, IL 60661 |
| Billings Development, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Gabriel Kroll<br>3660 N. Lake Shore Drive<br>Apt 709<br>Chicago, IL 60613 |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Frederick Billings**                                          Case No. _____

_____
Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Builders Tech, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Gabriel Kroll<br>3660 N. Lake Shore Drive<br>Apt 709<br>Chicago, IL 60613 |
| Builders Tech, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Marshall Mauer and Maurice Aaron<br>c/o Sidney Berger, Three First<br>National Plaza, #3700<br>Chicago, IL 60602 |
| Cook County Tax Resource, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | First American Bank c/o<br>Martin Tasch 1200 Jorie Boulevard<br>#329<br>Oak Brook, IL 60523 |
| Cook County Tax Resource, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Dorothy Johnson<br>c/o Brandwein, Cohen, & Grossman<br>233 N. Michigan, Suite 1720<br>Chicago, IL 60601 |
| Cook County Tax Resource, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Keith Whynott |
| Cook County Tax Resource, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | D. Villegas<br>4639 W. McLean<br>Chicago, IL 60639 |
| Cook County Tax Resource, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Optimum Fund<br>c/o McMorris Law Offices<br>1821 Walden/Office 400<br>Schaumburg, IL 60173 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Builders Tech, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Account Temps<br>12400 Collections Center Drive<br>Chicago, IL 60693 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Andrew Rimmer<br>4946 W. Ohio<br>Chicago, IL 60644 |

Sheet   3   of   5   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Frederick Billings**                              ,        Case No. _____

                                           Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | BB & A Accounting<br>PO Box 845<br>Bolingbrook, IL 60440 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Christine Gaddo<br>2706 W. Nelson<br>Chicago, IL 60618 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Dan Starr<br>35 E. Wacker Drive<br>Suite 1870<br>Chicago, IL 60601 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Gabriel Kroll<br>3660 N. Lake Shore Drive<br>Apt 709<br>Chicago, IL 60613 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Jack and Joel Reifer<br>3436 W. Glenlake Avenue<br>Chicago, IL 60659 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Jagas Edyta/Attorney Robert Kezelis<br>6151 W. 125th Place<br>Suite B<br>Palos Heights, IL 60463 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | John Overton<br>829 N. Lawler<br>Chicago, IL 60651 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Robbins Currency<br>13912 S. Claire Boulevard<br>Robbins, IL 60472 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Sprint<br>PO Box 8077<br>London, KY 40742 |
| Cook County Tax Resources, Inc.<br>180 N. LaSalle Street<br>Suite 2024<br>Chicago, IL 60601 | Veronica Charles<br>2249 S. Hamlin<br>Chicago, IL 60623 |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re   **Frederick Billings**                                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Freedom Tax Solutions**<br>**180 N. LaSalle Street**<br>**Suite 2024**<br>**Chicago, IL 60601** | **Gabriel Kroll**<br>**3660 N. Lake Shore Drive**<br>**Apt 709**<br>**Chicago, IL 60613** |
| **Land Tech Capital**<br>**180 N. LaSalle Street**<br>**Suite 2024**<br>**Chicago, IL 60601** | **Freedom Tax Solutions**<br>**180 N. LaSalle Street**<br>**Suite 2024**<br>**Chicago, IL 60601** |
| **Land Tech Capital**<br>**180 N. LaSalle Street**<br>**Suite 2024**<br>**Chicago, IL 60601** | **Gabriel Kroll**<br>**3660 N. Lake Shore Drive**<br>**Apt 709**<br>**Chicago, IL 60613** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re   **Frederick Billings**                                    Case No. _____
                                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **Freedom Tax Solutions** | |
| How long employed | | |
| Address of Employer | **180 N. LaSalle Street Suite 2024 Chicago, Il Chicago, IL 60601** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 1,000.00 | $ | N/A |
| Estimated monthly overtime | $ | 0.00 | $ | N/A |
| SUBTOTAL | $ | 1,000.00 | $ | N/A |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify) _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,000.00 | $ | N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | N/A |
| Income from real property | $ | 650.00 | $ | N/A |
| Interest and dividends | $ | 0.00 | $ | N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| Social security or other government assistance | $ | 0.00 | $ | N/A |
| (Specify) _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| Pension or retirement income | | | | |
| Other monthly income | $ | 0.00 | $ | N/A |
| (Specify) _____ | $ | 0.00 | $ | N/A |
| TOTAL MONTHLY INCOME | $ | 1,650.00 | $ | N/A |

TOTAL COMBINED MONTHLY INCOME   $ _____ 1,650.00   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Frederick Billings**                                    Case No. _____
                          Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,800.00 |
| Are real estate taxes included? | Yes ___   No **X** | |
| Is property insurance included? | Yes ___   No **X** | |
| Utilities:    Electricity and heating fuel | | $ 100.00 |
| Water and sewer | | $ 0.00 |
| Telephone | | $ 100.00 |
| Other _____ | | $ 0.00 |
| Home maintenance (repairs and upkeep) | | $ 50.00 |
| Food | | $ 300.00 |
| Clothing | | $ 100.00 |
| Laundry and dry cleaning | | $ 175.00 |
| Medical and dental expenses | | $ 100.00 |
| Transportation (not including car payments) | | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| Charitable contributions | | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $ 0.00 |
| Life | | $ 0.00 |
| Health | | $ 0.00 |
| Auto | | $ 0.00 |
| Other | | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | | $ 0.00 |
| Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | | $ 2,975.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | | $ N/A |
| B.   Total projected monthly expenses | | $ N/A |
| C.   Excess income (A minus B) | | $ N/A |
| D.   Total amount to be paid into plan each _____ | | $ N/A |
| | (interval) | |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Frederick Billings** _____   Case No. _____

_____
Debtor(s)

Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __Apri 13, 2005__                    Signature _____

**Frederick Billings**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Frederick Billings** _____

Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT
**$1,000.00**

SOURCE (if more than one)
**Income from Businesses**

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT
**$650.00**

SOURCE
**Income from rental of real property**

**3. Payments to creditors**

None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor,
☐      made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
       must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
       petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who
☐      are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or
       not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐      this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Anita Moore v. Billings 05 CH 02582** | **General Chancery** | **Chicago, IL Cook County** | **Pending** |
| **First American Bank v. Cook County Tax Resources, Inc. 04 MI 625948** | **Replevin** | **Chicago, Il Cook County** | **Pending** |
| **Carl Sadler and Kenya Sadler v. Gabriel Kroll and Billings Dev. Corp 02 L 15868** | **Breach of Warranty** | **Chicago, Il Cook County** | **Case Transferred to Municipal Division** |
| **First American Bank v. Billings Builders, et al 04 CH 17948** | **Mortgage Foreclosure** | **Chicago, IL Cook County** | **Pending** |
| **First American Bank v. Billings Builders 04 CH 18654** | **Mortgage Foreclosure** | **Chicago, IL Cook County** | **Pending** |
| **Cook County Tax Resource, Inc. v. Robert Skahill 04 L 008836** | **Contract Dispute** | **Chicago, IL Cook County** | **Pending** |
| **Shorebank v. Frederick Billings and Billings Builders 03 M1 135667** | **Contract Dispute** | **Chicago, IL Cook County** | **Pending** |
| **Optimum Fund, L.L.C. v. Cook County Tax Resources, Inc. and Fred Billings 04 CH 07697** | **Mortgage foreclosure** | **Chicago, IL Cook County** | **Pending** |
| **Jack Riefer and Joel Riefer v. Gabriel Kroll, Billings Builders and Cook County Tax Resource, Inc., and Frederick Billings 04 L 004626** | **Contract** | **Chicago, Il Cook County** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 9 Wabash Currency Exchange v. Frederick Billings dba Billings Builders, et al 04 L 002451 | Contract Dispute | Chicago, IL Cook County | Pending |
| Cook County Tax Resource v. Saunders Yao 04 CH 08199 | Declaratory Judgment | Chicago, IL Cook County | Dismissed-2/22/2005 |
| Cook County Tax Resource v. Saunders Yao 04 L 774 | Collection Action | Chicago, IL Cook County | Pending |
| Evans Loewenstein v. Billings 04 m1 166688 | Contract Dispute | Chicago, IL Cook County | Pending |
| Robbins Currency v. Billings 04 M6 002110 | Contract Dispute | Chicago, IL Cook County | Pending |
| MGM Grand Hotel v. Frederick Billings and Frederick George 04 m1 603005 | Petition to Register Foreign Judgment | Chicago, IL Cook County | Caused Disposed Upon Filing |
| D. Villegas v. Billings d/b/a Cook County Tax Resource 04 M1 1040962 | Contract Dispute | Chicago, IL Cook County | Ex Parte Judgment allowed |
| Patrick Sons Inc. v. Billings Builders and Frederick Billings 04 M1 116188 | Contract Dispute | Chicago, IL Cook County | Judgment |
| Dorothy Johnson v. Cook County Tax Resource 04 CH 01765 | General Chancery | Chicago, IL Cook County | Stay of Enforcement |
| Cook County Tax Resource v. Dorothy Johnson 04 M1 727788 | Counterclaim | Chicago, IL Cook County | Judgment for Possession |
| First American Bank and NPD Daniel Hyman v. Chicago Title Land Trust, Billings Builders, Frederick Billings, and Phils Plubming Service 04 CH 17656 | Mortgage Foreclosure | Chicago, IL Cook County | Pending |
| Tasha McLeod v. Billings Builders 03 CH 13042 | General Chancery | Chicago, IL Cook County | Pending |
| Cook County Tax Resource, Inc. v. Andrew Rimmer 04 M1 731821 | Joint Action | Chicago, IL Cook County | Pending |
| Cook County Tax Resource Inc. Veronica Charles | Joint Action | Chicago, IL Cook County | Pending |
| Keith Whynott v. Cook County Resource, Inc. 05 CH 03849 | General Chancery | Chicago, IL Cook County | Pending |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cook County Tax Resource Inc. V. Keith and Helen Whynott** 05 M1 703523 | Joint Action | Chicago, IL Cook County | **Pending** |
| **Mauer v. Billings, Builders Tech Inc., and Gabe Kroll** 04 L 012079 | Contract | Chicago, IL Cook County | **Pending** |
| **Billings Builders v. Anderson** | Forcible Entry and Detainer | Chicago, IL Cook County | **Dismissed 3/3/2005** |
| **Cook County Tax Resource, Inc. V. Tarver** 04 M1 727050 | Joint Action | Chicago, IL Cook County | **Pending** |
| **Cook County Tax Resource, Inc. v. Bankston** 04 M1 731943 | Joint Action | Chicago, IL | **Pending** |

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

5

**7. Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■       and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
        aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■       **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
□       concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
        preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | 03/04/05 | 2000.00 |

**10. Other transfers**

None    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
■       either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under
        chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■       otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1860 W. 163rd Street** | | |
| **Markham, IL 60426** | | |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

       If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

       If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Cook County Tax Resource, Inc. | 36-4480514 | 180 N. LaSalle Street Suite 2024 Chicago, IL 60601 | Real Estate | 11/07/2004 through 07/2004 |
| Builders Tech, Inc. | 36-4318639 | 180 N. LaSalle Street Suite 2024 Chicago, IL 60601 | Real Estate | 09/12/2002 |
| Billings Builders, Inc. | 80-0005294 | 180 N. LaSalle Street Suite 2024 Chicago, IL 60601 | Real Estate | 8/27/2004 through present |
| Billings Development, Inc. | 20-1603393 | 180 N. LaSalle Street Chicago, IL 60601 | Real Estate | 8/27/2004 through present |
| Land Tech Capital, Inc. | | 180 N. LaSalle Street Suite 2024 Chicago, IL 60601 | | |
| Freedom Tax Solutions | 20-1603280 | 180 N. LaSalle Street Suite 2024 Chicago, IL 60601 | Real Estate | 08/27/2004 through present |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                  DATES SERVICES RENDERED

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                                DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE ISSUED
**First American Bank**
**PO Box 0794**
**Elk Grove Village, IL 60009**

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                         RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                         NATURE AND PERCENTAGE
NAME AND ADDRESS          TITLE                           OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                  DATE AND PURPOSE
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _April 13, 2005_            Signature _____

                                Frederick Billings
                                Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Frederick Billings** _____   Case No. _____

                                        Debtor(s)                        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

**1.**   **Description of Property**                    **Creditor's name**
         **Nissan Maxima**                             **Nissan Motor**

   *b.  Property to Be Retained*                        *[Check any applicable statement.]*

| | | | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Description of Property **-NONE-** | Creditor's Name | Property is claimed as exempt | | |

Date _____        Signature _____
                                              **Frederick Billings**
                                              Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Frederick Billings** _____   Case No. _____

_____   Chapter   **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specif y):   **Not Applicable**

3.   The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specif y):   **Not Applicable**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   _April 13, 2005_   _____

_____
**William I. Kohn**
**Schiff Hardin LLP**
**6600 Sears Tower**
**Chicago, IL 60606**
**312-258-550   Fax: 312-258-5600**

## United States Bankruptcy Court
### Northern District of Illinois

In re   __Frederick Billings_____     Case No. _____

                                              Debtor(s)       Chapter     __7_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   ___April 13, 2005___          _____
                                      **Frederick Billings**
                                      Signature of Debtor

9 North Wabash Currency
C/O Campanale and Associates
19 S. LaSalle Street/Suite 1500
Chicago, IL 60603

Account Temps
12400 Collections Center Drive
Chicago, IL 60693

Adrienna Bell
7438 S. Maryland-Leins
Chicago, IL 60619

Andrew Rimmer
4946 W. Ohio
Chicago, IL 60644

Anita Moore c/o Theresa McCoy
188 Randolph Street
Suite 926
Chicago, IL 60601

Anthony Campanale
Anthony Campanale & Associates
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603

Baker & Miller
29 N Wacker rive
Chicago, IL 60603

BB & A Accounting
PO Box 845
Bolingbrook, IL 60440

Benegas Drywall
3741 N. Christina Avenue
Chicago, IL 60618

Black Diamond Concrete
19908 S. Pine Hill Rd
Frankfort, IL 60423

Capital One
PO Box 85617
Richmond, VA 23285


Carl Sadler
c/o Jeffrey W Deer Law Office
130 S Jefferson/Suite 501
Chicago, IL 60661


Chase
PO Box 15918
Wilmington, DE 19850


Chicago Suntimes
401 N. Wabash
Chicago, IL 60611


Chicagoland Dumpsters
3206 Highland Avenue
Berwyn, IL 60402


Christine Gaddo
2706 W. Nelson
Chicago, IL 60618


Chrysler Financial Group
P.O. Box 2993
Milwaukee, WI 53201


Citibank
100 Citibank Drive
PO Box 769004
San Antonio, TX 78245


Corenelius Brown
Cohen Raizes and Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, IL 60604


D. Villegas
4639 W. McLean
Chicago, IL 60639

Dan Starr
35 E. Wacker Drive
Suite 1870
Chicago, IL 60601


Daniel Lowenstein
130 S. Jefferson
Suite 500
Chicago, IL 60661


Deer & Stone PC
130 S. Jefferson Street
Suite 501
Chicago, IL 60661


Dorothy Johnson
c/o Brandwein, Cohen, & Grossman
233 N. Michigan, Suite 1720
Chicago, IL 60601


Evans, Lowenstein, Shimanovshy
& Moscardini, LTD.
130 S. Jefferson, Suite 500
Chicago, IL 60661


First American Bank
c/o Sean C. Harrison
222 N. LaSalle Street, Suite 200
Chicago, IL 60601


First American Bank c/o
Martin Tasch 1200 Jorie Boulevard
#329
Oak Brook, IL 60523


First American Bank c/o Sean C.
Harrison-222 N. LaSalle Street
Suite 200
Chicago, IL 60601


First National Bank of Omaha
PO Box 923148
Norcross, GA 30010

Ford Credit
PO Box 64400
Colorado Springs, CO 80962


Fred Ball and Chris Kelleher
Duane Morris LLP
227 W. Monroe St., Suite 3400
Chicago, IL 60606


Fred McMorris-McMorris Law Offices
Gateway Executive Park-1821 Walden
Office Sq.-Suite 400
Schaumburg, IL 60173


Frederick Billings
400 N. McClurg
2003
Chicago, IL 60611


Gabriel Kroll
3660 N. Lake Shore Drive
Apt 709
Chicago, IL 60613


Home Depot
PO Box 6029
The Lakes, NV 88901


Horshoe Empress Casino
2300 Empress Drive
Joliet, IL 60436


Internal Revenue Service


Jack and Joel Reifer
3436 W. Glenlake Avenue
Chicago, IL 60659


Jagas Edyta/Attorney Robert Kezelis
6151 W. 125th Place
Suite B
Palos Heights, IL 60463

John Overton
829 N. Lawler
Chicago, IL 60651


Keith Whynott


Mages & Price
102 Wilmot Road
#410
Deerfield, IL 60015


Marshall Mauer and Maurice Aaron
c/o Sidney Berger, Three First
National Plaza, #3700
Chicago, IL 60602


Martin Tasch
Law Offices of Martin Tasch, PC
1010 Jorie Bouevard, Suite 337
Oak Brook, IL 60523


MGM Grand
3799 Las Vegas Boulevard
Las Vegas, NV 89109


Nissan Motor
PO Box 660366
Dallas, TX 75266


Optimum Fund
c/o McMorris Law Offices
1821 Walden/Office 400
Schaumburg, IL 60173


Park Supply
4433 S. Springfield
Chicago, IL 60632


Patrick Biggane
9924 W. Walden Parkway
Chicago, IL 60643

Patrick Sons Inc.c/o Leon
Zelechowski/111 W. Washington
Suite 1437
Chicago, IL 60602


Paul Bernstein
333 E. Ontario, Ste 2102-B
Chicago, IL 60611-3033


PB Heating
1009 W. North Avenue
Villa Park, IL 60181


People's Gas
People's Energy
Lincolnwood, IL 60712


Phil's Plumbing
4600 W. 48th
Chicago, IL 60632


Rebecca Larson
Maring & Larson
2300 N. Barrington Rd, Suite 400
Schaumburg, IL 60195


Riordan, Donnelly, Lipinski & McKee
10 N. Dearborn
4th Floor
Chicago, IL 60602


Robbins Currency
13912 S. Claire Boulevard
Robbins, IL 60472


Robert Korenkeiwicz
20 N. Clark Street, Suite 1200
Chicago, IL 60602


Roof Right
14005 S. Cleveland
Posen, IL 60469

Rubenstein Lumber
5357 W. Grand Avenue
Chicago, IL 60639

Shore Bank
7054 S. Jeffrey Boulevard
Chicago, IL 60649

Smitty's Tree Service
11941 S. Cicero
Alsip, IL 60803

South Suburban Hospital
17800 S. Kedzie Avenue
Hazel Crest, IL 60429

Sprint
PO Box 8077
London, KY 40742

Tasha McLeod
c/o Michael P. Cohen
435 W. Erie, Suite 802
Chicago, IL 60610

TCF National Bank
405 N. Roberts
Saint Paul, MN 55101

Theresa McCoy
188 Randolph Street, Suite 926
Chicago, IL 60601

Veronica Charles
2249 S. Hamlin
Chicago, IL 60623

W A Bakarat Heating
9112 S. 53rd Cr
Oak Lawn, IL 60453

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606