# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| FREDERICK BILLINGS, | ) | Case No. 05-B-14227 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | Hearing Date: 1/22/08 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on January 22, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline Cox, any other judge sitting in her stead in Courtroom 644, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the **MOTION TO DIRECT THE TRUSTEE TO MAKE A FINAL REPORT AND FILE A FINAL ACCOUNT OF THE ADMINISTRATION OF THE ESTATE** a copy of which is attached hereto and served upon you, and shall pray for the entry of an order in conformity with said pleading, at which time and place you may appear if you so see fit.

**FREDERICK BILLINGS**, Debtor

By:   /s/ Ariel Weissberg
One of his attorneys

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, Illinois  60605
(312)  663-0004
Attorney No. 03125591

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, certify that on January 18, 2008, I caused to be served **MOTION TO DIRECT THE TRUSTEE TO MAKE A FINAL REPORT AND FILE A FINAL ACCOUNT OF THE ADMINISTRATION OF THE ESTATE** to the persons on the attached Service List by the Bankruptcy Court's ECF electronic filing system.

/s/ Ariel Weissberg
Ariel Weissberg

1

## SERVICE LIST

John Vigano, Esq.
Schiff, Hardin
660 Sears Tower
Chicago, IL 60606

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Phillip D. Levey, Esq.
2722 N. Racine Avenue
Chicago, IL 60614

Steven R. Radtke, Esq.
Chill, Chill & Radtke, PC
79 W. Monroe St., Suite 1305
Chicago, IL 60603

William Kohn, Esq.
Benesch, Friedlander, et al.
2300 BP Tower
Cleveland, OH 44114

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| FREDERICK BILLINGS, | ) | Case No. 05-B-14227 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | Hearing Date: 1/22/08 |
| | ) | Hearing Time: 9:30 a.m. |

### MOTION TO DIRECT THE TRUSTEE TO MAKE A FINAL REPORT AND FILE A FINAL ACCOUNT OF THE ADMINISTRATION OF THE ESTATE

NOW COMES Debtor, Frederick Billings (Debtor"), through his attorneys, Ariel Weissberg, Rakesh Khanna and the law firm of Weissberg and Associates, Ltd., and as his Motion to Direct the Trustee to Make a Final Report and File a Final Account of the Administration of the Estate, states as follows:

### I. INTRODUCTION

1. On April 14, 2005, Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division to initiate the instant bankruptcy case. Subsequently, Phillip D. Levey was appointed as the Chapter 7 Trustee ("Trustee").

2. On March 2, 2006, the Trustee filed his Initial Report of Assets (Docket No. 114).

3. On August 1, 2006, this Court entered an Order Approving Compromise.

4. On September 26, 2006, the Trustee filed Trustee's Application to Approve Global Compromise of Case Nos. 05-A-01794 and 06-A-484. On September 26, 2006, this Court entered Order Approving Global Compromise of Case Nos. 05-A-01794 and 06-A-484.

5.     Billings is seeking an Order directing the Trustee to make a Final Report and file a final account of the administration of the Estate with the Court and with the United States Trustee pursuant to 11 U.S.C. §704(a)(9).

6.     In support of this request, Billings asserts that: (a) all adversary proceedings that were filed in his bankruptcy case were fully resolved and dismissed[1]; (b) there is no property of the Estate other than the real and personal property previously administered by the Trustee that require any further administration or court intervention; (c) All funds that Billings or his nominee were ordered to pay to the Trustee are paid in full; and (d) all actions that the Court ordered or required to be performed by Billings were performed in full.

7.     As such, it is a reasonable and justifiable request that the Court enter an Order directing the Trustee to make a Final Report and file a final account of the administration of the Estate with the Court and with the United States Trustee pursuant to 11 U.S.C. §704(a)(9), on or before March 1, 2008. This date is a reasonable date and will not cause prejudice to any party-in-interest, including the Trustee.

8.     Billings is seeking closure of his bankruptcy case, which he deserves. Until the case is closed, Billings cannot effectively pursue a final resolution of sums that he owes or may owe to the Internal Revenue Service.

WHEREFORE, Debtor, Frederick Billings, prays that this Court enter an order directing the Trustee to make a Final Report and file a final account of the administration of the Estate with the Court and with the United States Trustee pursuant to 11 U.S.C. §704(a)(9) on or before March 1, 2008; and for such other and further relief

---

[1] See, Levey v. Billings et al, Case No. 05-A-01794; Anita Moore v. Frederick Billings, Case No. 05-A-02524; Optimum Realty Corporation v. Billings, Case No. 05-A-02525; Neary v. Billings, Case No. 06-A-00484; Levey v. Billings et al, Case No. 06-A-00577; and Latiker et al v. Billings; Case No. 06-A-01152.

2

as this Court deems just and proper.

**FREDERICK BILLINGS**, Debtor

By: /s/ Ariel Weissberg
One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
Rakesh Khanna, Esq. (No. 06243244)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. 312-663-0004
F. 312-663-1514