UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BILLINGS, FREDERICK | ) | CASE NO. 05 B 14227 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

NOW COMES Phillip D. Levey, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.     The Petition commencing this case was filed on April 14, 2005. Phillip D. Levey was appointed Trustee on April 14, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $147,920.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the trustee's final account as of August 4, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ 176,774.25 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ 62,603.63 |
| c. | NET CASH available for distribution | | $114,170.62 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $12,088.71 |
| | 2. | Trustee Expenses (See Exhibit E) | $1,801.59 |
| | 3. | Compensation requested by attorney or other professionals | |

for trustee (See Exhibit F)

| | | | |
|---|---|---|---|
| (a.) | Phillip D. Levey  Attorney For | Trustee Fees | $31,290.00 |
| (b.) | Lois West & Popowcer Katten, | Ltd. Accountant For Trustee Fees | $2,169.50 |

5.    The Bar Date for filing unsecured claims expired on June 5, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $76,112.53 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $47,749.80 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $97,788.04 |
| e. | Allowed unsecured claims | $3,423,259.67 |
| f. | Surplus to Debtor | $0.00 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.[1]

8.    Total compensation previously awarded to Trustee's special counsel, Steven Radtke, was $61,160.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $33,459.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $33,459.50.

9.    A fee of $5,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

---

[1] Claims filed by the Internal Revenue Service exceed available funds by a substantial amount. It is therefore anticipated that there will be no distribution to holders of unsecured claims. As a result, unsecured claims have not been reviewed by the Trustee.

RESPECTFULLY SUBMITTED

DATE: _8-11-08_

SIGNATURE

Phillip D. Levey
TRUSTEE NAME

2722 North Racine Avenue
Chicago, IL 60614
ADDRESS

## TASKS PERFORMED BY TRUSTEE

See Attached Trustee's Time Sheet.

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Asset Analysis & Recovery** | | |
| 5/20/2005 | Review of market appraisal from realtor Fred Stark re 9608 South Union, Chicago, IL. Teleconference with Fred Stark re same. | 0.40 | 140.00 |
| 6/10/2005 | Review of market data from realtor Fred Stark re value of 9608 South Union, Chicago, Illinois. | 0.90 | 315.00 |
| 7/1/2005 | Review materials from attorney William Kohn re debtor's financial affairs re pending State Court litigation re debtor. | 1.00 | 350.00 |
| 7/11/2005 | Review of materials from attorney William Kohn re debtor's answers to questions at first meeting of creditors, debtor's bank accounts, debtor's real estate holdings and debtor's interest in various corporations. | 1.80 | 630.00 |
| 9/26/2005 | Review letter from attorney Patrick Bigane and accompanying materials re Debtor's interest in various parcels of real estate. | 0.80 | 280.00 |
| 9/29/2005 | Review of offer of Leo Bullock offer to purchase stock of Land Tech Capital, Inc. | 0.30 | 105.00 |
| 10/4/2005 | Review of amrket analysis of 9608 S. Union and teleconference with realtor Fred Stark re same. | 0.40 | 140.00 |
| 11/18/2005 | Review letter from attorney William Kohn and attorney Steven Radtke's response thereto re Trustee v. Smith. | 0.40 | 140.00 |
| 12/1/2005 | Review letter from attorney William Kohn and attorney Steven Radtke's response thereto re Trustee v. Smith. | 0.40 | 140.00 |
| 12/12/2005 | Review letter from attorney Arthur Rosenson re Johnson v. Cook County Tax Resource, Inc., et al. re 9608 South Union, Chicago, IL, and accompanying documents re transfer of same. | 0.80 | 280.00 |
| 3/22/2006 | Review letter from attorney Steven Radtke to attorney William Kohn re various parcels of real estate. | 0.30 | 105.00 |
| 4/12/2006 | Review letter from attorney William Kohn re 5741 S. Halsted, Chicago, IL. | 0.30 | 105.00 |
| 5/9/2006 | Teleconference with attorney Steve Radtke re settlement with debtor re various parcels of real estate. | 0.30 | 97.50 |
| 5/15/2006 | Review letter from attorney Steve Radtke to attorney William Kohn re various parcels of real estate. | 0.30 | 105.00 |
| 5/16/2006 | Teleconference with attorney Willima Kohn re sale of Alabama property. | 0.20 | 65.00 |
| 5/22/2006 | Review letter from attorney William Kohn re various parcels of real estate. | 0.30 | 105.00 |

Page      2

| | Hours | Amount |
|---|---|---|
| 6/1/2006 Review letter from attorney Willima Kohn re debtor's offer of settlement. | 0.40 | 140.00 |
| 1/11/2007 Teleconferences (2) with realtor Jan Spencer re value of Alabama real estate and obtaining appraisal of same. | 0.50 | 162.50 |
| 1/12/2007 Teleconference with and review of market evaluation from realtor Jan Spencer re Alabama real estate. | 0.60 | 195.00 |
| 7/18/2008 Research and analysis of data on Chicago Association of Realtors database re market value of debtor's interest in various parcels of real estate, ownership of same, encumbrances re same and PINs re same throughout case. (Estimated) | 10.00 | 3,500.00 |
| SUBTOTAL: | [ 20.40 | 7,100.00] |

Asset Disposition

| | Hours | Amount |
|---|---|---|
| 11/17/2006 Review of revised Quit Claim Deed and corporate resolutions re sale of Alabama real estate. | 0.30 | 105.00 |
| 1/8/2007 Teleconference with and e-mail to appraiser re obtaining appraisal re Dothan, AL, real estate. | 0.40 | 130.00 |
| 1/11/2007 Teleconferences (2) with attorney Scott Soutillia re offer to purchase Alabama real estate. | 0.50 | 162.50 |
| 1/12/2007 Teleconference with attorney Scott Soutillia re adequacy of current offer re Alabama real estate. | 0.30 | 97.50 |
| 4/18/2007 Teleconferences (3) with attorneys Scott Soutullo and Steve Radtke re deeds to Dothan, AL, properties. | 0.40 | 130.00 |
| SUBTOTAL: | [ 1.90 | 625.00] |

Banking

| | Hours | Amount |
|---|---|---|
| 7/18/2008 Opening of estate bank accounts, obtaining FEIN for estate, preparation and assembly of bank deposits, issuing of checks in payment of administrative expenses and monthly review and reconciliation of bank statements through close of case. (Estimated) | 4.00 | 1,400.00 |
| SUBTOTAL: | [ 4.00 | 1,400.00] |

Page    3

| | Hours | Amount |
|---|---|---|
| **Case Administration** | | |
| 6/20/2006 Conference with attorney Steven Radtke, Office of U.S. Trustee and Secret Service re facts of case. | 1.40 | 455.00 |
| 7/18/2008 Compliance activities including preparation and assembly of interim reports as required by Office of U.S. Trustee as well as compliance with bonding requirements through close of case and maintenance of accounting records re same through close of case. (Estimated) | 4.50 | 1,575.00 |
| Maintenance of estate accounting records through close of case. (Estimated) | 3.00 | 1,050.00 |
| SUBTOTAL: | [ 8.90 | 3,080.00] |
| **Claims Administration & Objections** | | |
| 7/26/2006 Download of Clerk's Notice Fixing Time for Filing Claims and Certificate of Service re same. Download of claims from PACER, review of claims on register and initial contacts with claimants. | 0.50 | 175.00 |
| SUBTOTAL: | [ 0.50 | 175.00] |
| **Dividend Distribution** | | |
| 7/18/2008 Revision of proposed distribution in accordance with Court's Order re Final Report. Distribution of dividends to holders of allowed claims. (Estimated) | 1.50 | 525.00 |
| SUBTOTAL: | [ 1.50 | 525.00] |
| **Fee/Employment Applications** | | |
| 8/3/2005 Review of fax from special counsel attorney Steve Radtke re attorney fees and costs advanced to date. | 0.30 | 105.00 |
| 8/23/2005 Teleconference with attorney S. Radtke re serving as Special Counsel. | 0.20 | 65.00 |
| 2/5/2007 Review of Special Counsel's Fee Application. | 2.30 | 805.00 |
| SUBTOTAL: | [ 2.80 | 975.00] |

Page    4

|  |  | Hours | Amount |
|---|---|---|---|

### Final Account

| | | | |
|---|---|---|---|
| 7/18/2008 | Preparation and assembly of Trustee's Final Account and Form 4. Close file for storage. (Estimated) | 1.50 | 525.00 |
| | Following distribution of dividends to claimants, review of bank statements and canceled checks to insure proper payment of dividends. (Estimated) | 1.00 | 350.00 |
| | SUBTOTAL: | [    2.50 | 875.00] |

### Final Report

| | | | |
|---|---|---|---|
| 6/6/2008 | Review of file re preparation and assembly of Final Report. | 1.60 | 560.00 |
| 7/16/2008 | Preparation and assembly of Trustee's Final Report. | 2.50 | 875.00 |
| 7/17/2008 | Preparation and assembly of Trustee's Final Report. | 2.00 | 700.00 |
| 7/18/2008 | Court re hearing on Trustee's Final Report and preparation for same. (Estimated) | 0.50 | 175.00 |
| | Preparation and assembly of Trustee's Final Report. | 3.50 | 1,225.00 |
| | SUBTOTAL: | [    10.10 | 3,535.00] |

### First Meeting of Creditors

| | | | |
|---|---|---|---|
| 5/27/2005 | Review of Debtor's Schedules and Statement of Affairs. Input case into computer system and open file. Preparation for first meeting of creditors. | 0.70 | 245.00 |
| 6/1/2005 | Examination of Debtors at first meeting of creditors. | 0.80 | 280.00 |
| | Review of Petition, Schedules and Statement of Affairs. | 0.30 | 105.00 |
| | Examination of debtor at first meeting of creditors. | 0.30 | 105.00 |
| 7/11/2005 | Examination of Debtors at first meeting of creditors including preparation for same. | 1.70 | 595.00 |
| | SUBTOTAL: | [    3.80 | 1,330.00] |

### Litigation

| | | | |
|---|---|---|---|
| 8/24/2005 | Review of Complaint in Trustee v. Brown. | 1.80 | 630.00 |

Page     5

| | | Hours | Amount |
|---|---|---|---|
| 8/25/2005 | Review letter and faxes (2) from attorney Steve Radtke re release of bond funds and supporting documents re same. | 0.50 | 175.00 |
| 8/29/2005 | Review of Order dated 8/16/05 in People v. Billings re bond. | 0.30 | 105.00 |
| | Review of Complaint in Trustee v. Smith, et al. | 0.80 | 280.00 |
| 9/28/2005 | Review letter from attorney William Kohn re complaints re conduct of Trustee's Special COunsel. | 0.30 | 105.00 |
| 10/5/2005 | Review of Plaintiff's Motion to Extend Time to File Trustee's First Amended Complaint in Trustee v. Brown, et al. | 0.30 | 105.00 |
| 10/31/2005 | Review of Trustee's Motion to FIle Amended Complaint in Trustee v. Brown, et al. including Amended Complaint. | 0.80 | 280.00 |
| 12/23/2005 | Review of Debtor's Agreed Motion for Approval of Settlement Agreement and Mutual Release With Jeryl Sasser. | 0.40 | 140.00 |
| 12/26/2005 | Review of Debtor's Answer in Optimum v. Billings. | 0.50 | 175.00 |
| 1/19/2006 | Review of Trustee's Objection to Debtor's Agreed Motion for Approval of Settlement Agreement and Mutual Release With Jeryl Sasser. | 0.30 | 105.00 |
| 1/20/2006 | Conference with attorney George Spellmeyer re Counerclaim in Trustee v. Billings. | 2.10 | 682.50 |
| 1/23/2006 | Review of Trustee's Third Amended Complaint in Trustee v. Smith, et al. | 0.80 | 280.00 |
| 1/27/2006 | Review of Debtor's Response to Objections to Debtor's Motion for Approval of Sasser Settlement. | 0.50 | 175.00 |
| 2/1/2006 | Review of Sturden Motion to Quash Subpoena in Trustee v. Smith, et al. | 0.70 | 245.00 |
| 2/23/2006 | Review of Trustee's Third Amended Complaint in Trustee v. Smith, et al. | 0.60 | 210.00 |
| 2/27/2006 | Teleconference with attorney Steve Radtke re MGM Grand Interrogatories and Request for Production in Trustee v. Smith. | 0.60 | 195.00 |
| | Review of MGM Grand's First Set of Interrogatories and Request for Production in Trustee v. Smith, et al. | 2.50 | 875.00 |
| 3/1/2006 | Review of Debtor's Answer in U.S. Trustee v. Billings. | 0.40 | 140.00 |
| 3/8/2006 | Review of Debtor's Answer in Moore v. Billings. | 0.50 | 175.00 |
| 3/13/2006 | Teleconference with attorney Steve Radtke re settlement conference with debtor's counsel and U.S. Trustee. | 0.20 | 65.00 |

Page    6

| | | Hours | Amount |
|---|---|---|---|
| 4/4/2006 | Teleconferences (2) with attorney Steven Radtke re settlement of Trustee v. Billings, et al. | 0.50 | 162.50 |
| 4/7/2006 | Review of Debtor's Motion to Strike Motin for Reinstatement of Moore v. Billings. | 0.50 | 175.00 |
| 4/12/2006 | Review of fax from attorney Steven Radtke re Mid-America v. Latiker. | 0.40 | 140.00 |
| 5/18/2006 | Review of Defendant's Motion to Dismiss Trustee v. Smith. | 1.10 | 385.00 |
| 7/7/2006 | Teleconference with attorneys Steve Radtke re possible settlement with debtor. | 0.30 | 97.50 |
| 7/21/2006 | Review of Trustee's Application to Compromise Trustee v. Smith, et al. | 0.40 | 140.00 |
| 7/24/2006 | Teleconference with attorney Steve Radtke re global settlement. | 0.30 | 97.50 |
| 7/28/2006 | Teleconference with attorney Steve Radtke re settlement. | 0.10 | 32.50 |
| 8/1/2006 | Review of proposed application re compromise of Trustee v. Billings, et al. | 0.90 | 292.50 |
| 8/2/2006 | Teleconferences (2) with Lois West re tax issues re settlement of Trustee v. Billings. | 0.40 | 130.00 |
| | Teleconferences (2) with attorney Steven Radtke re tax issues re settlement of Trustee v. Billings. | 0.40 | 130.00 |
| 8/14/2006 | Review of Second Amended Complaint, Answer of Defendants Cook County Tax Resources, Inc. and Fred Billings to same and Defendants' Counterclaim in Johnson v. Cook County Tax Resources, Inc., et al. | 0.80 | 280.00 |
| 9/5/2006 | Teleconference with attorney Steve Radtke re settlement of Trustee v. Billings, et al. | 0.40 | 130.00 |
| | Teleconference with attorney Michael Yetnikof re settlement of Trustee v. Billings, et al. | 0.50 | 162.50 |
| 9/6/2006 | Teleconference with attorney Steve Radtke re settlement of Trustee v. Billings, et al. | 0.30 | 97.50 |
| | Teleconference with attorney Michael Yetnikof re settlement of Trustee v. Billings, et al. | 0.30 | 97.50 |
| 9/8/2006 | Conference with attorneys Steve Radtke, Michael Yetnikoff and Fred Sperling re settlment of Trustee v. Billings, et al. | 1.00 | 325.00 |
| 9/18/2006 | Review of Trustee's Application to Compromise Trustee v. Brown, et al. and U.S. Trustee v. Billings. | 1.00 | 350.00 |
| 9/28/2006 | Review of draft of Settlement Agreement re Trustee v. Smith and related correspondence. | 2.20 | 770.00 |

Page    7

|  |  | Hours | Amount |
|---|---|---|---|
| 9/28/2006 | Review of pleadings in Johnson v. Cook County Tax Resources. | 1.50 | 525.00 |
| 9/29/2006 | Review of Release of Lis Pendens re 19 E.121st Street, Chicgao, IL. | 0.30 | 105.00 |
| 11/10/2006 | Review of Second Amended Complaint and Counterclaim in Dorothy Johnson v. Cook County Tax Resources, Inc., et al. re 9608 S. Union, Chicago, IL. | 1.10 | 385.00 |
| | SUBTOTAL: | [   29.60 | 10,152.50] |

Tax Issues

|  |  | Hours | Amount |
|---|---|---|---|
| 1/21/2008 | Teleconference with accountant Lois West re preparation of estate tax returns. | 0.30 | 105.00 |
| 1/25/2008 | Review of documents re debtor's tax basis in properties in Dothan, AL. | 0.40 | 140.00 |
| 1/28/2008 | Teleconference with accountant Lois West and e-mails to Ariel Weissberg and accountant Lois West re preparation of estate tax returns. | 0.40 | 140.00 |
| | SUBTOTAL: | [    1.10 | 385.00] |
| | For professional services rendered | 87.10 | $30,157.50 |
| | Balance due | | $30,157.50 |

## DISPOSITION OF ESTATE PROPERTY

See attached Forms 1 and 2.

| | |
|---|---|
| TOTAL RECEIPTS | $176.774.25 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $147,920.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $120,720.00 |

| Case No: | 05-14227 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | Phillip D. Levey |
| Case Name: | BILLINGS, FREDERICK | | | | Date Filed (f) or Converted (c): | 04/14/05 (f) |
| | | | | | 341(a) Meeting Date: | 06/01/05 |
| For Period Ending: 07/20/08 | | | | | Claims Bar Date: | 06/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9608 S. Union, Chicago, IL | 120,000.00 | Unknown | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 2. Citibank Account | 60.00 | 60.00 | DA | 0.00 | 0.00 |
| 3. Fifth Third Bank Account | 40.00 | 40.00 | DA | 0.00 | 0.00 |
| 4. ComEd Security Deposit | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 5. HOUSEHOLD FURNISHINGS | 720.00 | Unknown | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. 2004 Nissan Maxima | 27,000.00 | Unknown | DA | 0.00 | 0.00 |
| 7. Interests in Various Corporations (u) | Unknown | Unknown | DA | 0.00 | 0.00 |
| 8. Trustee v. Countrywide, et al. (u) | 0.00 | Unknown | DA | 40,000.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,750.08 | Unknown |
| 10. Trustee v. MGM Grand Hotel, et al. (u) | Unknown | Unknown | | 30,000.00 | FA |
| 11. 204 South Idlewild, Dothan, AL (u) | 0.00 | 95,000.00 | | 89,000.00 | FA |
| 12. 219 South Idlewild, Dothan, AL (u) | 0.00 | 16,000.00 | | 16,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $147,920.00 | $111,200.00 | | $176,750.08 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/07     Current Projected Date of Final Report (TFR): 10/31/08

LFORM1

Ver: 12.63

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 05-14227 -JPC | |
| Case Name: | BILLINGS, FREDERICK | |

| | |
|---|---|
| Taxpayer ID No: | *******7881 |
| For Period Ending: | 07/20/08 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1880 Money Market Account (Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/06 | 8 | Chicago Title Insurance Company | SETTLEMENT | 1241-000 | 40,000.00 | | 40,000.00 |
| 09/29/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.22 | | 40,003.22 |
| 10/31/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.98 | | 40,037.20 |
| 11/08/06 | 10 | MGM Grand Hotel LLC | SETTLEMENT | 1241-000 | 10,000.00 | | 50,037.20 |
| 11/30/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.82 | | 50,075.02 |
| 12/29/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 42.53 | | 50,117.55 |
| 01/10/07 | 10 | Frederick Billings | SETTLEMENT | 1241-000 | 20,000.00 | | 70,117.55 |
| 01/28/07 | 000101 | James Grant Realty Company 1254 Westgate Parkway Dothan, AL. 36303 | Appraisal-Dothan, AL Properties | 3711-000 | | 250.00 | 69,867.55 |
| 01/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 51.30 | | 69,918.85 |
| 02/28/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 53.68 | | 69,972.53 |
| 03/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 59.42 | | 70,031.95 |
| 04/18/07 | 11 | Scott Soutullo, PC | Sale-204 South Idlewild | 1210-000 | 89,000.00 | | 159,031.95 |
| 04/18/07 | 12 | Scott Soutullo, PC | Sale of 219 South Idlewild | 1210-000 | 16,000.00 | | 175,031.95 |
| 04/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 117.73 | | 175,149.68 |
| 05/05/07 | 000102 | Steven R. Radtke 79 West Monroe Street Suite 1305 Chicago, IL. 60603 | Trustee's Special Counsel Fees | 3210-000 | | 61,160.00 | 113,989.68 |
| 05/05/07 | 000103 | Steven R. Radtke 79 West Monroe Street Suite 1305 Chicago, IL. 60603 | Trustee's Special Counsel Fees | 3220-000 | | 453.56 | 113,536.12 |
| 05/08/07 | 000104 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 108.44 | 113,427.68 |
| 05/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 162.29 | | 113,589.97 |
| 06/29/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 140.03 | | 113,730.00 |
| 07/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 144.90 | | 113,874.90 |

Page Subtotals    175,846.90    61,972.00

LFORM24

Ver: 12.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-14227 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | BILLINGS, FREDERICK | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1880  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7881 | | |
| For Period Ending: | 07/20/08 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | 9 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 145.07 | | 114,019.97 |
| 09/28/07 | 9 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 140.57 | | 114,160.54 |
| 10/31/07 | 9 | BANK OF AMERICA | Interest Rate  1.200 | 1270-000 | 124.80 | | 114,285.34 |
| 11/30/07 | 9 | BANK OF AMERICA | Interest Rate  1.200 | 1270-000 | 112.72 | | 114,398.06 |
| 12/31/07 | 9 | BANK OF AMERICA | Interest Rate  1.200 | 1270-000 | 116.59 | | 114,514.65 |
| 01/31/08 | 9 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 89.03 | | 114,603.68 |
| 02/12/08 | 000105 | Alabama Department of Revenue | 2007 Income Taxes | 2820-000 | | 513.00 | 114,090.68 |
| 02/29/08 | 9 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 45.40 | | 114,136.08 |
| 03/31/08 | 9 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 44.00 | | 114,180.08 |
| 04/30/08 | 9 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 37.44 | | 114,217.52 |
| 05/09/08 | 000106 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA  70139 | BOND # 016026455<br>Term 2/1/08 - 2/1/09 | 2300-000 | | 118.63 | 114,098.89 |
| 05/30/08 | 9 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 24.16 | | 114,123.05 |
| 06/30/08 | 9 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 23.40 | | 114,146.45 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 176,750.08 | 62,603.63 | 114,146.45 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 176,750.08 | 62,603.63 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 176,750.08 | 62,603.63 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Money Market Account (Interest Earn - *******1880 | | 176,750.08 | 62,603.63 | 114,146.45 |
| | | 176,750.08 | 62,603.63 | 114,146.45 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | | |
|---|---|---|
| Page Subtotals | 903.18 | 631.63 |

LFORM24

Ver: 12.63

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   3

| Case No: | 05-14227 -JPC |
| Case Name: | BILLINGS, FREDERICK |
| Taxpayer ID No: | *******7881 |
| For Period Ending: | 07/20/08 |

| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1880  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - *******1880

Page Subtotals          0.00          0.00

LFORM24

Ver: 12.63

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BILLINGS. FREDERICK | ) | CASE NO. 05 B 14227 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court. and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $47.749.80 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $66,420.82 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $114,170.62 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $47,749.80 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Phillip D. Levey, Trustee Compensation | $12,088.71 | $12,088.71 |
| | Phillip D. Levey, Trustee Expenses | $1,801.59 | $1,801.59 |
| | U.S. Bankruptcy Court Clerk, Adversary Filling Costs | $400.00 | $400.00 |
| | Phillip D. Levey . Attorney for Trustee Fees | $31,290.00 | $31,290.00 |
| | Lois West & Popower Katten, Ltd. Accountant for Trustee Fees | $2,169.50 | $2,169.50 |
| | **CLASS TOTALS** | **$47,749.80** | **$47,749.80** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 76,112.53 | 87.27 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010A | Internal Revenue Service | $76,112.53 | $66.420.82 |
| | CLASS TOTALS | $76,112.53 | $66,420.82 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 97,788.04 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010B | Internal Revenue Service | $97,788.04 | $0.00 |
| | CLASS TOTALS | $97,788.04 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid <u>pro rata</u> after costs of administration and priority claims are paid in full | $ 3,412,770.89 | 0.00[2] |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000018 | 9 North Wabash Currency | $93,000.00 | $0.00 |
| 000024 | Albert Overton | $100,000.00 | $0.00 |
| 000005 | Anita Moore | $40,000.00 | $0.00 |
| 000008 | Anita Moore | $40,000.00 | $0.00 |
| 000025 | Black Diamond Concrete | $7,150.00 | $0.00 |
| 000006 | Chase Bank Usa, N.A. | $10,848.36 | $0.00 |
| 000022 | Chicago Title Insurance Company | $548,600.00 | $0.00 |
| 000012 | Daisy Thompson, Dennis Swiatkowski | $120,000.00 | $0.00 |
| 000016 | Dan Starr | $9,010.00 | $0.00 |
| 000001 | Dorothy Johnson | $0.00 | $0.00 |
| 000002 | Dorothy Johnson | $0.00 | $0.00 |
| 000007 | First National Bank Of Omaha | $219.94 | $0.00 |
| 000011 | Illinois Department Of Revenue | $17,617.27 | $0.00 |
| 000009 | Jack Reifer | $85,000.00 | $0.00 |
| 000004 | Jagas Edyta/Attorney Robert Kezelis | $99,187.00 | $0.00 |
| 000003 | Jeryl Sasser | $250,000.00 | $0.00 |
| 000013 | John And Jessie Overton | $100,000.00 | $0.00 |
| 000019 | Marshall Latiker | $121,700.00 | $0.00 |
| 000023 | Mgm Grand | $208,175.27 | $0.00 |
| 000017 | Optimum Realty Corporation | $207,400.00 | $0.00 |
| 000020 | Patricia Latiker | $1,245,849.00 | $0.00 |
| 000014 | Patrick Biggane | $33,062.00 | $0.00 |
| 000026 | Patrick Sons Inc.C/O Leon | $7,493.92 | $0.00 |
| 000015 | Robert J. Skahill | $36,000.00 | $0.00 |
| 000021 | Shorebank | $32,458.13 | $0.00 |
| | **CLASS TOTALS** | **$3,412,770.89** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 10,488.78 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000027 | Smitty'S Tree Service | $10,488.78 | $0.00 |
| | **CLASS TOTALS** | **$10,488.78** | **$0.00** |

---

[2] Claims filed by the Internal Revenue Service exceed available funds by a substantial amount. It is therefore anticipated that there will be no distribution to holders of unsecured claims. As a result, unsecured claims have not been reviewed by the Trustee.

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE. the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____          _____