UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BILLINGS, FREDERICK | ) | CASE NO. 05 B 14227 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

Social Security/Employer Tax ID Number:    XXX-XX-9065

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 619, CHICAGO, IL

   On: **September 23, 2008**           Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $176,774.25 |
   | Disbursements | $62,603.63 |
   | Net Cash Available for Distribution | $114,170.62 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | Phillip D. Levey<br>Trustee | $0.00 | $12,088.71 | $1,801.59 |
   | U.S. Bankruptcy Court Clerk<br>Clerk Of The Court Costs | $0.00 | $0.00 | $400.00 |
   | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $31,290.00 | $0.00 |
   | Ltd. Lois West & Popowcer Katten<br>Accountant For Trustee | $0.00 | $2,169.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured priority claims totaling $76,112.53 must be paid in full for there to be any dividend to unsecured priority creditors. The secured priority dividend is anticipated to be 87.76%.

Allowed secured priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 10 | Internal Revenue Service | $76,112.53 | $66,797.86 |

7. In addition to the expenses of administration listed above as may be allowed by the Court and secured priority claims, unsecured priority claims totaling $97,788.04 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed unsecured priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 10 | Internal Revenue Service | $97,788.04 | $0.00 |

8. Claims of general unsecured creditors totaling $3,423,259.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%. [*]

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Dorothy Johnson | $0.00 | $0.00 |
| 3 | Jeryl Sasser | $250,000.00 | $0.00 |
| 4 | Jagas Edyta | $99,187.00 | $0.00 |
| 6 | Chase Bank USA, N.A. | $10,848.36 | $0.00 |
| 7 | First National Bank Of Omaha | $219.94 | $0.00 |
| 8 | Anita Moore | $80,000.00 | $0.00 |
| 9 | Jack Reifer | $85,000.00 | $0.00 |
| 11 | Illinois Department Of Revenue | $17,617.27 | $0.00 |
| 12 | Daisy Thompson, Dennis Swiatkowski | $120,000.00 | $0.00 |
| 13 | John And Jessie Overton | $100,000.00 | $0.00 |
| 14 | Patrick Biggane | $33,062.00 | $0.00 |
| 15 | Robert J. Skahill | $36,000.00 | $0.00 |
| 16 | Dan Starr | $9,010.00 | $0.00 |
| 17 | Optimum Realty Corporation | $207,400.00 | $0.00 |
| 18 | 9 North Wabash Currency | $93,000.00 | $0.00 |
| 19 | Marshall Latiker | $121,700.00 | $0.00 |
| 20 | Patricia Latiker | $1,245,849.00 | $0.00 |
| 21 | Shorebank | $32,458.13 | $0.00 |
| 22 | Chicago Title Insurance Company | $548,600.00 | $0.00 |
| 23 | MGM Grand | $208,175.27 | $0.00 |
| 24 | Albert Overton | $100,000.00 | $0.00 |
| 25 | Black Diamond Concrete | $7,150.00 | $0.00 |
| 26 | Patrick Sons Inc. | $7,493.92 | $0.00 |
| 27 | Smitty's Tree Service | $10,488.78 | $0.00 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

---

[*] Claims filed by the Internal Revenue Service exceed available funds by a substantial amount. It is therefore anticipated that there will be no distribution to holders of unsecured claims. As a result, unsecured claims have not been reviewed by the Trustee.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has not been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 9608 S. Union, Chicago, IL | $120,000.00 |
| Citibank Account | $60.00 |
| Fifth Third Bank Account | $40.00 |
| ComEd Security Deposit | $100.00 |
| Household Furnishings | $720.00 |
| 2004 Nissan Maxima | $27,000.00 |
| Interests in Various Corporations | $0.00 |

Dated: **August 22, 2008**

For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   Phillip D. Levey
Address:   2722 North Racine Avenue
           Chicago, IL 60614
Phone No.:   (773) 348-9682

**SERVICE LIST**

**FREDERICK BILLINGS**
**05 B 14227**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614

Lois West
Popowcer Katten
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207

```
BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Aug 22, 2008
Case: 05-14227                 Form ID: pdf002              Total Served: 88


The following entities were served by first class mail on Aug 24, 2008.
db           +Frederick Billings,    400 N McClurg,    2003,    Chicago, IL 60611-4375
aty          +Ariel Weissberg,    Weissberg & Associates, Ltd,     401 S. LaSalle Street,    Suite 403,
               Chicago, IL 60605-2993
aty          +Phillip D Levey,    2722 North Racine Avenue,     Chicago, IL 60614-1206
aty          +Steven R Radtke,    Chill Chill & Radtke P C,     79 W. Monroe Street,    Suite 1305,
               Chicago, IL 60603-4925
aty          +William Irwin Kohn,     Benesch Friedlander Coplan & Aronoff LLP,     2300 BP Tower,
               200 Public Square,    Cleveland, OH 44114-2316
tr           +Phillip D Levey, ESQ,     2722 North Racine Avenue,    Chicago, IL 60614-1206
9167520      +9 North Wabash Currency,     C/O Campanale and Associates,    19 S. LaSalle Street/Suite 1500,
               Chicago, IL 60603-1413
10762333     +9 North Wabash Currency,     c/o Corus Bank,   Attn: Ed Gorecki,    3959 N. Lincoln Ave.,
               Chicago, IL 60613-2489,    773-832-3434
9167521      +Account Temps,    12400 Collections Center Drive,     Chicago, IL 60693-0124
9167522       Adrienna Bell,    7438 S. Maryland-Leins,     Chicago, IL 60619
10762724     +Albert Overton,    P.O. Box 24310,,   Chicago, IL 60624-0310
9167523       Andrew Rimmer,    4946 W. Ohio,   Chicago, IL 60644
10650153     +Anita Moore,    Bryan K. Bullock Atty At Law,    575 Broadway STE 2C,    Gary, IN 46402-1922
9167524      +Anita Moore c/o Theresa McCoy,     188 Randolph Street,   Suite 926,    Chicago, IL 60601-2905
9167525      +Anthony Campanale,    Anthony Campanale & Associates,    19 S. LaSalle Street, Suite 1500,
               Chicago, IL 60603-1413
9167527      +BB & A Accounting,    PO Box 845,   Bolingbrook, IL 60440-8601
9167526      +Baker & Miller,    29 N Wacker rive,    Chicago, IL 60606-3221
9167528      +Benegas Drywall,    3741 N. Christina Avenue,    Chicago, IL 60618-4401
9167529      +Black Diamond Concrete,    19908 S. Pine Hill Rd,    Frankfort, IL 60423-8368
9167530      +Capital One,    PO Box 85617,   Richmond, VA 23285-5617
9167531      +Carl Sadler,    c/o Jeffrey W Deer Law Office,    130 S Jefferson/Suite 501,
               Chicago, IL 60661-5764
9167532      +Chase,    PO Box 15918,   Wilmington, DE 19850-5918
10651034     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,     2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
9167533      +Chicago Suntimes,    401 N. Wabash,    Chicago, IL 60611-3546
10762546    +++Chicago Title Insurance Company,     Attn: Richard P. Sulkowski,    171 N. Clark St. 8th Floor,
               Chicago, IL 60601-3364
9167534      +Chicagoland Dumpsters,    3206 Highland Avenue,    Berwyn, IL 60402-3514
9167535      +Christine Gaddo,    2706 W. Nelson,    Chicago, IL 60618-7120
9167536      +Chrysler Financial Group,    P.O. Box 2993,    Milwaukee, WI 53201-2993
9167537      +Citibank,    100 Citibank Drive,   PO Box 769004,    San Antonio, TX 78245-9004
9167538      +Corenelius Brown,    Cohen Raizes and Regal LLP,    208 S. LaSalle Street, Suite 1860,
               Chicago, IL 60604-1160
9167539      +D. Villegas,    4639 W. McLean,   Chicago, IL 60639-3427
10758627     +Daisy Thompson, Dennis Swiatkowski,     c/o Daniel P. Lindsey, LAF,
               111 W. Jackson Blvd., 3rd Floor,     Chicago, IL 60604-4140
9167540      +Dan Starr,    35 E. Wacker Drive,    Suite 1870,   Chicago, IL 60601-2202
9167541      +Daniel Lowenstein,    130 S. Jefferson,    Suite 500,   Chicago, IL 60661-5764
9167542      +Deer & Stone PC,    130 S. Jefferson Street,    Suite 501,   Chicago, IL 60661-5764
9167543      +Dorothy Johnson,    c/o Brandwein, Cohen, & Grossman,    233 N. Michigan, Suite 1720,
               Chicago, IL 60601-5801
9167544      +Evans, Lowenstein, Shimanovshy,     & Moscardini, LTD.,    130 S. Jefferson, Suite 500,
               Chicago, IL 60661-5764
9167545      +First American Bank,    c/o Sean C. Harrison,    222 N. LaSalle Street, Suite 200,
               Chicago, IL 60601-1114
9167546       First American Bank c/o,    Martin Tasch 1200 Jorie Boulevard,     #329,   Oak Brook, IL 60523
9167547       First American Bank c/o Sean C.,     Harrison-222 N. LaSalle Street,    Suite 200,
               Chicago, IL 60601
9167548    +++First National Bank of Omaha,     PO Box 922968,   Norcross, GA 30010-2968
9167549      +Ford Credit,    PO Box 64400,   Colorado Springs, CO 80962-4400
9167550      +Fred Ball and Chris Kelleher,     Duane Morris LLP,   227 W. Monroe St., Suite 3400,
               Chicago, IL 60606-5098
9167551       Fred McMorris-McMorris Law Offices,     Gateway Executive Park-1821 Walden,     Office Sq.-Suite 400,
               Schaumburg, IL 60173
9167553      +Gabriel Kroll,    3660 N. Lake Shore Drive,    Apt 709,   Chicago, IL 60613-5305
9167554      +Home Depot,    PO Box 6029,   The Lakes, NV 88901-6029
9167555      +Horshoe Empress Casino,    2300 Empress Drive,    Joliet, IL 60436-9504
10746141    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section,
               100 West Randolph Street   Level 7-400,    Chicago, Illinois   60601)
9167556    +++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,     P O Box 21126,   Philadelphia, PA 19114)
10665256     +Jack Reifer,    c/o Marcus, Perres & Boxerman,    19 S. LaSalle St., #1500,
               Chicago, IL 60603-1413
9167557       Jack and Joel Reifer,    3436 W. Glenlake Avenue,    Chicago, IL 60659
9167558      +Jagas Edyta/Attorney Robert Kezelis,     6151 W. 125th Place,   Suite B,
               Palos Heights, IL 60463-1883
10581586    +++Jeryl Sasser,    Jeremy Kramer,    135 Revere Drive,   Northbrook, IL 60062-1555
9167559    +++John  and Jessie Overton,    829 N. Lawler,    Chicago, IL 60651-3012
9167564      +MGM Grand,    3799 Las Vegas Boulevard,    Las Vegas, NV 89109-4319
9167561      +Mages & Price,    102 Wilmot Road,    #410,   Deerfield, IL 60015-5104
10761607     +Marshall Latiker,    c/o Law Office of Georgette Nabhani,    77 W. Washington Street,    Suite 411,
               Chicago, IL 60602-3325
```

```
District/off: 0752-1            User: amcc7              Page 2 of 2               Date Rcvd: Aug 22, 2008
Case: 05-14227                  Form ID: pdf002          Total Served: 88

9167562      Marshall Mauer and Maurice Aaron,   c/o Sidney Berger, Three First,   National Plaza, #3700,
             Chicago, IL 60602
9167563     +Martin Tasch,   Law Offices of Martin Tasch, PC,   1010 Jorie Bouevard, Suite 337,
             Oak Brook, IL 60523-4419
9167565     +Nissan Motor,    PO Box 660366,   Dallas, TX 75266-0366
9167566      Optimum Fund,   c/o McMorris Law Offices,   1821 Walden/Office 400,   Schaumburg, IL 60173
10762273   +++Optimum Realty Corporation,   Nathan Q. Rugg Adelman & Gettleman,   53 W. Jackson Blvd Ste 1050,
             Chicago, Illinois 60604-3786
9167571     +PB Heating,    1009 W. North Avenue,   Villa Park, IL 60181-1343
9167567     +Park Supply,    3509 W. Addison,   Chicago, IL 60618-4202
10761606    +Patricia Latiker,   c/o Law Office of Georgette Nabhani,   77 W. Washington Street,   Suite 411,
             Chicago, IL 60602-3325
9167568     +Patrick Biggane,   9924 W. Walden Parkway,   Chicago, IL 60643-1806
9167569      Patrick Sons Inc.c/o Leon,   Zelechowski/111 W. Washington,   Suite 1437,   Chicago, IL 60602
9167570     +Paul Bernstein,    333 E. Ontario, Ste 2102-B,   Chicago, IL 60611-4875
9167572      People's Gas,   People's Energy,   Lincolnwood, IL 60712
9167573     +Phil's Plumbing,    4600 W. 48th,   Chicago, IL 60632-4830
9167574      Rebecca Larson,   Maring & Larson,   2300 N. Barrington Rd, Suite 400,   Schaumburg, IL 60195
9167575     +Riordan, Donnelly, Lipinski & McKee,   10 N. Dearborn,   4th Floor,   Chicago, IL 60602-4276
9167576     +Robbins Currency,    13912 S. Claire Boulevard,   Robbins, IL 60472-2008
10759320   +++Robert J. Skahill,    Robert J Skahill,   5433 S. Luna,   Chicago, IL 60638-2927
9167577     +Robert Korenkeiwicz,   20 N. Clark Street, Suite 1200,   Chicago, IL 60602-4114
9167578      Roof Right,    14005 S. Cleveland,   Posen, IL 60469
9167579     +Rubenstein Lumber,    5357 W. Grand Avenue,   Chicago, IL 60639-3009
9167580     +Shore Bank,    7054 S. Jeffrey Boulevard,   Chicago, IL 60649-2095
10762454   +++ShoreBank,    c/o Cohon Raizes & Regal LLP,   208 S. LaSalle St. Ste 1860,
             Chicago, IL 60604-1166
9167581     +Smitty's Tree Service,    11941 S. Cicero,   Alsip, IL 60803-2334
9167582     +South Suburban Hospital,    17800 S. Kedzie Avenue,   Hazel Crest, IL 60429-0989
9167583     +Sprint,    PO Box 8077,   London, KY 40742-8077
9167585      TCF National Bank,    405 N. Roberts,   Saint Paul, MN 55101
9167584     +Tasha McLeod,   c/o Michael P. Cohen,   435 W. Erie, Suite 802,   Chicago, IL 60654-6965
9167586     +Theresa McCoy,    188 Randolph Street, Suite 926,   Chicago, IL 60601-2905
9167587     +Veronica Charles,    2249 S. Hamlin,   Chicago, IL 60623-3021
9167588     +W A Bakarat Heating,    9112 S. 53rd Cr,   Oak Lawn, IL 60453-1668
9167589     +William I. Kohn,    Schiff Hardin LLP,   6600 Sears Tower,   Chicago, IL 60606-6307

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10762725     Albert Overton
10762726     Albert Overton
9167560      Keith Whynott
9167552*    +Frederick Billings,    400 N. McClurg,   2003,   Chicago, IL 60611-4375
                                                                                               TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2008**          **Signature:**   *Joseph Speetjens*