IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| FREDERICK BILLINGS. | ) | CASE NO. 05 B 14227 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE JACQUELINE P. COX
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses. Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 12-26-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )   CHAPTER 7
                                    )
BILLINGS, FREDERICK                 )   CASE NO. 05 B 14227
                                    )
              Debtor(s)             )   HON. JACQUELINE P. COX

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $12,088.71 |
| 2. | Trustee's expenses | $1,801.59 |
| | TOTAL | $13,890.30 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation — $31,290.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation — $2,169.50
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

3. Other professionals
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 9-23-08

ENTER: *Jacqueline P. Cox*
       J. Cox
       _____
       UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BILLINGS, FREDERICK | ) | CASE NO. 05 B 14227 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $47,749.80 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $66,462.94 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $114,212.74 |

EXHIBIT D

**FINAL DISTRIBUTION**

Case Number: 05-14227    JPC    Page 1    Date: September 24, 2008
Debtor Name: BILLINGS, FREDERICK

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $114,212.74 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $12,088.71 *<br>$12,088.71 | $0.00 | $12,088.71 | $12,088.71 | $102,124.03 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $1,801.59 *<br>$1,801.59 | $0.00 | $1,801.59 | $1,801.59 | $100,322.44 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type | | | $13,890.30 *<br>$13,890.30 | $0.00 | $13,890.30 | $13,890.30 | |
| | **Claim Type 2700-00 - Clerk of the Courts Costs** | | | | | | | |
| | Clerk, U.S. Bankruptcy Court | Admin | 001 | $400.00 *<br>$400.00 | $0.00 | $400.00 | $400.00 | $99,922.44 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 2700-00 | | | $400.00 *<br>$400.00 | $0.00 | $400.00 | $400.00 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Admin | 001 | $31,290.00 *<br>$31,290.00 | $0.00 | $31,290.00 | $31,290.00 | $68,632.44 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $31,290.00 *<br>$31,290.00 | $0.00 | $31,290.00 | $31,290.00 | |
| | **Claim Type 3410-00 - Accountant for Trustee Fees** | | | | | | | |
| | LOIS WEST & POPOWCER<br>KATTEN, LTD. | Admin | 001 | $2,169.50 *<br>$2,169.50 | $0.00 | $2,169.50 | $2,169.50 | $66,462.94 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 3410-00 | | | $2,169.50 *<br>$2,169.50 | $0.00 | $2,169.50 | $2,169.50 | |
| | Subtotals For Class Administrative 100.00000 % | | | $47,749.80 *<br>$47,749.80 | $0.00 | $47,749.80 | $47,749.80 | |
| | **Claim Type 4300-00 - Internal Revenue Service Tax** | | | | | | | |
| 000010A | Internal Revenue Service<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Sec | 050 | $76,112.53 *<br>$76,112.53 | $0.00 | $76,112.53 | $66,462.94 | $0.00 |
| | | | Percent Paid: 87.32194 % | | | | | |

PROPDIS8    Printed: 09/24/08 11:46 AM    Ver: 14.03b

| Case Number: 05-14227    JPC | | | Page 2 | | | Date: September 24, 2008 |
| --- | --- | --- | --- | --- | --- | --- |

Debtor Name: BILLINGS, FREDERICK

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Subtotal For Claim Type 4300-00 | | | $76,112.53 * / $76,112.53 | $0.00 | $76,112.53 | $66,462.94 | |
| | Subtotals For Class Secured | 87.32194 % | | $76,112.53 * / $76,112.53 | $0.00 | $76,112.53 | $66,462.94 | |
| | Claim Type 5800-00 - Claims of Governmental Units - | | | | | | | |
| 000010B | Internal Revenue Service<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Priority | 058<br>Percent Paid: 0.00000 % | $97,788.04 * / $97,788.04 | $0.00 | $97,788.04 | $0.00 | $0.00 |
| | Subtotal For Claim Type 5800-00 | | | $97,788.04 * / $97,788.04 | $0.00 | $97,788.04 | $0.00 | |
| | Subtotals For Class Priority | 0.00000 % | | $97,788.04 * / $97,788.04 | $0.00 | $97,788.04 | $0.00 | |
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | |
| 000001 | Dorothy Johnson<br>c/o Brandwein, Cohen, & Grossman<br>233 N. Michigan, Suite 1720<br>Chicago, IL 60601 | Unsec | 070 | $0.00 * / $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000002 | Dorothy Johnson<br>c/o Brandwein, Cohen, & Grossman<br>233 N. Michigan, Suite 1720<br>Chicago, IL 60601 | Unsec | 070 | $0.00 * / $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000003 | Jeryl Sasser<br>Jeremy Kramer<br>135 Revere Drive<br>Northbrook, IL 60062 | Unsec | 070<br>Percent Paid: 0.00000 % | $250,000.00 * / $250,000.00 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 000004 | Jagas Edyta/Attorney Robert Kezelis<br>6151 W. 125th Place<br>Suite B<br>Palos Heights, IL 60463 | Unsec | 070<br>Percent Paid: 0.00000 % | $99,187.00 * / $99,187.00 | $0.00 | $99,187.00 | $0.00 | $0.00 |
| 000005 | Anita Moore<br>Bryan K. Bullock Atty At Law<br>575 Broadway STE 2C<br>Gary, IN 46402 | Unsec | 070<br>Percent Paid: 0.00000 % | $40,000.00 * / $40,000.00 | $0.00 | $40,000.00 | $0.00 | $0.00 |

PROPDISS                                                                                                      Printed: 09/24/08 11:46 AM    Ver: 14.03b

# FINAL DISTRIBUTION

| Case Number: 05-14227   JPC | | | Page 3 | | | Date: September 24, 2008 | |
|---|---|---|---|---|---|---|---|

Debtor Name: BILLINGS, FREDERICK

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121<br>Percent Paid: 0.00000 % | Unsec | 070 | $10,848.36*<br>$10,848.36 | $0.00 | $10,848.36 | $0.00 | $0.00 |
| 000007 | First National Bank of Omaha<br>PO Box 922968<br>Norcross, GA 30010<br>Percent Paid: 0.00000 % | Unsec | 070 | $219.94*<br>$219.94 | $0.00 | $219.94 | $0.00 | $0.00 |
| 000008 | Anita Moore<br>Bryan K. Bullock Atty At Law<br>575 Broadway STE 2C<br>Gary, IN 46402<br>Percent Paid: 0.00000 % | Unsec | 070 | $40,000.00*<br>$40,000.00 | $0.00 | $40,000.00 | $0.00 | $0.00 |
| 000009 | Jack Reifer<br>c/o Marcus, Perres & Boxerman<br>19 S. LaSalle St., #1500<br>Chicago, IL 60603<br>Percent Paid: 0.00000 % | Unsec | 070 | $85,000.00*<br>$85,000.00 | $0.00 | $85,000.00 | $0.00 | $0.00 |
| 000011 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street Level 7-400<br>Chicago, Illinois 60601<br>Percent Paid: 0.00000 % | Unsec | 070 | $17,617.27*<br>$17,617.27 | $0.00 | $17,617.27 | $0.00 | $0.00 |
| 000012 | Daisy Thompson, Dennis Swiatkowski<br>c/o Daniel P. Lindsey, LAF<br>111 W. Jackson Blvd., 3rd Floor<br>Chicago, IL 60604<br>Percent Paid: 0.00000 % | Unsec | 070 | $120,000.00*<br>$120,000.00 | $0.00 | $120,000.00 | $0.00 | $0.00 |
| 000013 | John and Jessie Overton<br>829 N. Lawler<br>Chicago, IL 60651<br>Percent Paid: 0.00000 % | Unsec | 070 | $100,000.00*<br>$100,000.00 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 000014 | Patrick Biggane<br>9924 W. Walden Parkway<br>Chicago, IL 60643<br>Percent Paid: 0.00000 % | Unsec | 070 | $33,062.00*<br>$33,062.00 | $0.00 | $33,062.00 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

Case Number: 05-14227    JPC  
Debtor Name: BILLINGS, FREDERICK

Page 4

Date: September 24, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000015 | Robert J. Skahill<br>Robert J Skahill<br>5433 S. Luna<br>Chicago, IL 60638 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $36,000.00*<br>$36,000.00 | $0.00 | $36,000.00 | $0.00 | $0.00 |
| 000016 | Dan Starr<br>35 E. Wacker Drive<br>Suite 1870<br>Chicago, IL 60601 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $9,010.00*<br>$9,010.00 | $0.00 | $9,010.00 | $0.00 | $0.00 |
| 000017 | Optimum Realty Corporation<br>Nathan Q. Rugg Adelman &<br>Gettleman<br>53 W. Jackson Blvd Ste 1050<br>Chicago, Illinois 60604 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $207,400.00*<br>$207,400.00 | $0.00 | $207,400.00 | $0.00 | $0.00 |
| 000018 | 9 North Wabash Currency<br>c/o Corus Bank<br>Attn: Ed Gorecki<br>3959 N. Lincoln Ave.<br>Chicago, IL 60613<br>773-832-3434 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $93,000.00*<br>$93,000.00 | $0.00 | $93,000.00 | $0.00 | $0.00 |
| 000019 | Marshall Latiker<br>c/o Law Office of Georgette<br>Nabhani<br>77 W. Washington Street<br>Suite 411<br>Chicago, IL 60602 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $121,700.00*<br>$121,700.00 | $0.00 | $121,700.00 | $0.00 | $0.00 |
| 000020 | Patricia Latiker<br>c/o Law Office of Georgette<br>Nabhani<br>77 W. Washington Street<br>Suite 411<br>Chicago, IL 60602 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $1,245,849.00*<br>$1,245,849.00 | $0.00 | $1,245,849.00 | $0.00 | $0.00 |
| 000021 | ShoreBank<br>c/o Cohon Raizes & Regal LLP<br>208 S. LaSalle St. Ste 1860<br>Chicago, IL 60604 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $32,458.13*<br>$32,458.13 | $0.00 | $32,458.13 | $0.00 | $0.00 |

| Case Number: 05-14227   JPC | | | Page 5 | | | | Date: September 24, 2008 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: BILLINGS, FREDERICK | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000022 | Chicago Title Insurance Company<br>Attn: Richard P. Sulkowski<br>171 N. Clark St. 8th Floor<br>Chicago, IL 60601 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $548,600.00 *<br>$548,600.00 | $0.00 | $548,600.00 | $0.00 | $0.00 |
| 000023 | MGM Grand<br>3799 Las Vegas Boulevard<br>Las Vegas, NV 89109 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $208,175.27 *<br>$208,175.27 | $0.00 | $208,175.27 | $0.00 | $0.00 |
| 000024 | Albert Overton<br>P.O. Box 24310, Chicago, IL 60624 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $100,000.00 *<br>$100,000.00 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 000025 | Black Diamond Concrete<br>19908 S. Pine Hill Rd<br>Frankfort, IL 60423 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $7,150.00 *<br>$7,150.00 | $0.00 | $7,150.00 | $0.00 | $0.00 |
| 000026 | Patrick Sons Inc.c/o Leon Zelechowski/111 W. Washington<br>Suite 1437<br>Chicago, IL 60602 | Unsec | 070<br><br>Percent Paid: 0.00000 % | $7,493.92 *<br>$7,493.92 | $0.00 | $7,493.92 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $3,412,770.89 *<br>$3,412,770.89 | $0.00 | $3,412,770.89 | $0.00 | |
| | **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | |
| 000027 | Smitty's Tree Service<br>11941 S. Cicero<br>Alsip, IL 60803 | Unsec | 080<br><br>Percent Paid: 0.00000 % | $10,488.78 *<br>$10,488.78 | $0.00 | $10,488.78 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7200-00 | | | $10,488.78 *<br>$10,488.78 | $0.00 | $10,488.78 | $0.00 | |
| | Subtotals For Class Unsecured | 0.00000 % | | $3,423,259.67 *<br>$3,423,259.67 | $0.00 | $3,423,259.67 | $0.00 | |

**FINAL DISTRIBUTION**

Case Number: 05-14227    JPC  
Debtor Name: BILLINGS, FREDERICK

Page 6

Date: September 24, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $3,644,910.04<br>$3,644,910.04 | $0.00 | $3,644,910.04 | $114,212.74 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-14227 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | BILLINGS, FREDERICK | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1880 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7881 | | | |
| For Period Ending: | 12/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/06 | 8 | Chicago Title Insurance Company | SETTLEMENT | 1241-000 | 40,000.00 | | 40,000.00 |
| 09/29/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.22 | | 40,003.22 |
| 10/31/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.98 | | 40,037.20 |
| 11/08/06 | 10 | MGM Grand Hotel LLC | SETTLEMENT | 1241-000 | 10,000.00 | | 50,037.20 |
| 11/30/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.82 | | 50,075.02 |
| 12/29/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 42.53 | | 50,117.55 |
| 01/10/07 | 10 | Frederick Billings | SETTLEMENT | 1241-000 | 20,000.00 | | 70,117.55 |
| 01/28/07 | 000101 | James Grant Realty Company<br>1254 Westgate Parkway<br>Dothan, AL 36303 | Appraisal-Dothan, AL Properties | 3711-000 | | 250.00 | 69,867.55 |
| 01/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 51.30 | | 69,918.85 |
| 02/28/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 53.68 | | 69,972.53 |
| 03/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 59.42 | | 70,031.95 |
| 04/18/07 | 11 | Scott Soutullo, PC | Sale-204 South Idlewild | 1210-000 | 89,000.00 | | 159,031.95 |
| 04/18/07 | 12 | Scott Soutullo, PC | Sale of 219 South Idlewild | 1210-000 | 16,000.00 | | 175,031.95 |
| 04/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 117.73 | | 175,149.68 |
| 05/05/07 | 000102 | Steven R. Radtke<br>79 West Monroe Street<br>Suite 1305<br>Chicago, IL 60603 | Trustee's Special Counsel Fees | 3210-000 | | 61,160.00 | 113,989.68 |
| 05/05/07 | 000103 | Steven R. Radtke<br>79 West Monroe Street<br>Suite 1305<br>Chicago, IL 60603 | Trustee's Special Counsel Fees | 3220-000 | | 453.56 | 113,536.12 |
| 05/08/07 | 000104 | International Sureties, Ltd.<br>203 Carondelet St.-Suite 500<br>New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 108.44 | 113,427.68 |
| 05/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 162.29 | | 113,589.97 |
| 06/29/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 140.03 | | 113,730.00 |
| 07/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 144.90 | | 113,874.90 |

Page Subtotals  175,846.90  61,972.00

Ver: 14.11

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 05-14227 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BILLINGS, FREDERICK | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1880 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7881 | | |
| For Period Ending: | 12/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 145.07 | | 114,019.97 |
| 09/28/07 | 9 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 140.57 | | 114,160.54 |
| 10/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 124.80 | | 114,285.34 |
| 11/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 112.72 | | 114,398.06 |
| 12/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 116.59 | | 114,514.65 |
| 01/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 89.03 | | 114,603.68 |
| 02/12/08 | 000105 | Alabama Department of Revenue | 2007 Income Taxes | 2820-000 | | 513.00 | 114,090.68 |
| 02/29/08 | 9 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 45.40 | | 114,136.08 |
| 03/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 44.00 | | 114,180.08 |
| 04/30/08 | 9 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 37.44 | | 114,217.52 |
| 05/09/08 | 000106 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 118.63 | 114,098.89 |
| 05/30/08 | 9 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 24.16 | | 114,123.05 |
| 06/30/08 | 9 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 23.40 | | 114,146.45 |
| 07/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 24.17 | | 114,170.62 |
| 08/29/08 | 9 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 24.17 | | 114,194.79 |
| 09/24/08 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 17.95 | | 114,212.74 |
| 09/24/08 | | Transfer to Acct #*******3221 | Final Posting Transfer | 9999-000 | | 114,212.74 | 0.00 |

Page Subtotals: 969.47   114,844.37

Ver: 14.11

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-14227 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | BILLINGS, FREDERICK | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1880 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7881 | | | |
| For Period Ending: | 12/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 176,816.37 | 176,816.37 | 0.00 |
| | | Less: Bank Transfers/CD's | | | 0.00 | 114,212.74 | |
| | | Subtotal | | | 176,816.37 | 62,603.63 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | Net | | | 176,816.37 | 62,603.63 | |

Page Subtotals   0.00   0.00

LFORM24                                                                                                                                              Ver: 14.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-14227 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | BILLINGS, FREDERICK | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3221 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7881 | | | |
| For Period Ending: | 12/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/24/08 | | Transfer from Acct #*******1880 | Transfer In From MMA Account | 9999-000 | 114,212.74 | | 114,212.74 |
| 09/26/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 12,088.71 | 102,124.03 |
| 09/26/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 1,801.59 | 100,322.44 |
| 09/26/08 | 000103 | Clerk, U.S. Bankruptcy Court | Deferred Adversary Filing Fees | 2700-000 | | 400.00 | 99,922.44 |
| 09/26/08 | 000104 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Attorney for Trustee Fees (Trustee | 3120-000 | | 31,290.00 | 68,632.44 |
| 09/26/08 | 000105 | LOIS WEST & POPOWCER KATTEN, LTD. | TRUSTEE ACCOUNTANT FEES | 3410-000 | | 2,169.50 | 66,462.94 |
| 09/26/08 | 000106 | Internal Revenue Service<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Claim 000010A, Payment 87.32194% | 4300-000 | | 66,462.94 | 0.00 |

|  | COLUMN TOTALS | 114,212.74 | 114,212.74 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 114,212.74 | 0.00 | |
|  | Subtotal | 0.00 | 114,212.74 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 114,212.74 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1880 | 176,816.37 | 62,603.63 | 0.00 |
| Checking Account (Non-Interest Earn - *******3221 | 0.00 | 114,212.74 | 0.00 |
| | 176,816.37 | 176,816.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 114,212.74 | 114,212.74 |
|---|---|---|---|

LFORM24

Ver: 14.11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 05-14227 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | BILLINGS, FREDERICK | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3221 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7881 | | | |
| For Period Ending: | 12/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********1880
Checking Account (Non-Interest Earn - ********3221

Page Subtotals    0.00    0.00

LFORM24

Ver: 14.11